UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Johnny Cruz, on behalf of himself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>Raytheon Company, Kelly B. Lappin, in her capacity as Plan Administrator for the Raytheon Company Pension Plan for Hourly Employees, the Raytheon Company Pension Plan for Salaried Employees, the Raytheon Non-Bargaining Retirement Plan, the Raytheon Bargaining Retirement Plan, and the Raytheon Retirement Plan for Engineers & Contractors, Inc. and Aircraft Credit Employees, and John/Jane Does 1-10,<br><br>　　　　　　Defendants. | Civil Action No.:   1:19-cv-11425 |

### DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(6), the undersigned Defendants Raytheon Company ("Raytheon") and Kelly B. Lappin (together, "Defendants") hereby move to dismiss Plaintiff's Complaint ("Complaint") in its entirety and with prejudice. For the reasons stated in the accompanying Memorandum in Support of Defendants' Motion to Dismiss the Complaint ("Memorandum"), the Complaint should be dismissed entirely, including because Plaintiff has failed to meet his pleading burden under Federal Rule of Civil Procedure 8. *See Ashcroft v. Iqbal*, 556 U.S. 662 (2009) (providing that in order to survive a motion to dismiss, a complaint must state a claim for relief that is "plausible" on its face, and must contain enough "factual content that allows the court to draw the reasonable inference that the defendant is liable

for the misconduct alleged"). Plaintiff's complaint should therefore be dismissed, with prejudice, for failure to state a claim upon which relief can be granted.

WHEREFORE, Defendants respectfully request dismissal of the Complaint in its entirety and with prejudice.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Defendants request oral argument on their Motion to Dismiss the Complaint.

Dated: September 9, 2019

Respectfully submitted,

*/s/ Christian J. Pistilli*
Christian J. Pistilli (*pro hac vice*)
Robert Newman (*pro hac vice)*
Ravi Doshi (*pro hac vice*)
**COVINGTON & BURLING LLP**
850 Tenth Street, NW
Washington, DC 20001
Tel: (202) 662-6000

James O. Fleckner (BBO # 641494)
Kline C. Moore (BBO # 698365)
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, MA 02210
(617) 570-1000

*Attorneys for Defendants Raytheon Company and Kelly B. Lappin*

## **LOCAL RULE 7.1 CERTIFICATE AND CERTIFICATE OF SERVICE**

I, Kline C. Moore, hereby certify that counsel for the parties conferred concerning the subject of this Motion prior to filing, but were unable to resolve or narrow the issues in dispute.

I further certify that a copy of the foregoing Motion to Dismiss the Complaint, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 9, 2019.

Dated: September 9, 2019                                              /s/ *Kline C. Moore*
                                                                                          Kline Moore