| | |
|---|---|
| Johnny Cruz, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Raytheon Company, Kelly B. Lappin, in her capacity as Plan Administrator for the Raytheon Company Pension Plan for Hourly Employees, the Raytheon Company Pension Plan for Salaried Employees, the Raytheon Non-Bargaining Retirement Plan, the Raytheon Bargaining Retirement Plan, and the Raytheon Retirement Plan for Engineers & Contractors, Inc. and Aircraft Credit Employees, and John/Jane Does 1-10,<br><br>Defendants. | **Case No.: 1:19-cv-11425-PBS**<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>CLASS ACTION |

## STATEMENT OF UNDISPUTED MATERIAL FACTS

Pursuant to Local Rule 56.1, Plaintiff Johnny Cruz states that the following facts are not in dispute:

1. Raytheon sponsors the Raytheon Company Pension Plan for Hourly Employees (the "Hourly Plan"), a defined benefit pension plan subject to ERISA. ECF No. 1 ("Complaint") at ¶ 32; ECF No. 36 ("Answer") at ¶ 32.

2. A single life annuity is pension benefit that provides the plan participant with a series of monthly payments for the duration of the participant's life. Needham Decl. at Ex. 1 (RTN-Cruz-00000963).

3. A joint and survivor annuity is a pension benefit that provides a monthly payment to the plan participant and the participant's beneficiary during their joint lives and a monthly payment in a reduced amount for the duration of the beneficiary's life if the beneficiary outlives the participant. Needham Decl. at Ex. 1 (RTN-Cruz-00000963); Ex. 11 (Terry Report at ¶ 27); Ex. 10 (Serota Report at ¶¶ 18-19).

4. The Hourly Plan's qualified joint and survivor annuity is a 50% joint and survivor annuity. Needham Decl. at Ex. 2 (RTN-Cruz-00001032 at § 6.5).

5. Two forms of benefit are actuarially equivalent when their present values are equal under a given set of assumptions. Needham Decl. at Ex. 11 (Terry Report at ¶ 63); Ex. 10 (Serota Report at ¶ 22).

6. The calculation of an actuarially equivalent joint and survivor annuity requires a mortality assumption for the plan participant and the beneficiary. Needham Decl. at Ex. 10 (Serota Report at ¶ 62); Ex. 11 (Terry Report at ¶¶ 108-109).

7. The calculation of an actuarially equivalent joint and survivor annuity requires a discount rate assumption to account for the time value of money. Needham Decl. at Ex. 10 (Serota Report at ¶ 83); Ex. 11 (Terry Report at ¶ 112).

8. The result of the calculation of an actuarially equivalent joint and survivor annuity is a conversion factor. Needham Decl. at Ex. 11 (Terry Report at ¶ 73); Ex. 10 (Serota Report at ¶ 56).

9. A conversion factor is the ratio of the present value of the participant's single life annuity to the present value of the participant's joint and survivor annuity. Needham Decl. at Ex. 10 (Serota Report at ¶ 56); Ex. 11 (Terry Report at ¶ 74).

10.     Raytheon annually calculates the present value of its liabilities under each pension plan that it sponsors under Generally Accepted Accounting Principles ("GAAP") and Accounting Standard Codification 715 ("ASC 715").  Needham Decl. at Ex. 4 (RTN-Cruz-00000380).

11.     The results of Raytheon's calculation of the present value of its pension liabilities is set forth in a report prepared in accordance with ASC 715.  Needham Decl. at Ex. 4 (RTN-Cruz-00000380); Ex. 3 (RTN-Cruz-00000125).

12.     Raytheon reviews the economic and demographic assumptions used to calculate the present value of its pension liabilities under ASC 715 with its actuary, Mercer.  Needham Decl. at Ex. 8 (RTN-Cruz-00001634); Ex. 4 (RTN-Cruz-00000380); Ex. 6 (RTN-Cruz-00001363).

13.     Raytheon analyzes the mortality experience of the participants in its pension plans to calculate the present value of its pension liabilities each year.  Needham Decl. at Ex. 8 (RTN-Cruz-00001630); Ex. 6 (RTN-Cruz-00001363).

14.     The mortality assumptions that Raytheon uses to calculate its pension liabilities in its ASC 715 reports represent Raytheon's "best estimate" of anticipated mortality experience. Needham Decl. at Ex. 8 (RTN-Cruz-00001630); Ex. 9 (RTN-Cruz-00001634).

15.     The mortality assumptions that Raytheon selects to calculate its pension liabilities in its ASC 715 reports comply with Actuarial Standard of Practice No. 35.   Needham Decl. at Ex. 8 (RTN-Cruz-00001630); Ex. 9 (RTN-Cruz-00001634).

16.     Raytheon changed the mortality assumption used to calculate its pension liabilities in its ASC 715 report for the year ending December 31, 2013 because it determined that its "plan participants are living longer than under our current mortality assumption."  Needham Decl. at Ex. 8 (RTN-Cruz-00001630).

17. The Society of Actuaries published the RP-2014 family of mortality tables in October 2014. Needham Decl. at Ex. 11 (Terry Report at Appendix, ¶ 13); Ex. 21 (RPEC Report).

18. The Society of Actuaries published "benefits-weighted" (also called "amounts-weighted") and "headcount-weighted" versions of the RP-2014 family of mortality tables. Needham Decl. at Ex. 11 (Terry Report at Appendix D, ¶ 13); Ex. 21 (RPEC Report at 4).

19. Raytheon used a modified version of the RP-2014's base mortality table, projected from the table's base year of 2006 until 2007, called the MRP-2007, as the base mortality table for the Hourly Plan to calculate its pension liabilities for the year ending December 31, 2014. 715 for YE 2014; Needham Decl. at Ex. 6 (RTN-Cruz-00001634).

20. The MRP-2007 mortality table that Raytheon used a is a "benefits-weighted" mortality table. Needham Decl. at Ex. 9 (RTN-Cruz-00001634).

21. Raytheon used a mortality improvement scale developed by its actuary, Mercer, called the MMP-2007, to calculate the present value of its pension liabilities for the year ending December 31, 2014. *Id.*

22. Raytheon annually selects a discount rate to calculate the present value of its liabilities for each of its pension plans. Needham Decl. at Ex. 6 (RTN-Cruz-00001363).

23. The discount rate that Raytheon selects for each pension plan is calculated using a theoretical bond portfolio that matches Raytheon's pension liability duration for each pension plan. *Id.*

24. The discount rate calculated using the theoretical bond portfolio for the Hourly Plan as of December 31, 2014 was 4.178%. *Id.*; Needham Decl. at Ex. 7 (RTN-Cruz-00001832).

25. In accordance with its policy, Raytheon then rounded the results generated using the bond model for the Hourly Plan to 4.20%. Needham Decl. at Ex. 6 (RTN-Cruz-00001363).

26. In accordance with its policy, Raytheon then grouped the Hourly Plan together with two of its other pension plans and used a discount rate of 4.15% for the Hourly Plan in its ASC 715 report for the year ending December 31, 2014. Needham Decl. at Ex. 6 (RTN-Cruz-00001363); Ex. 4 (RTN-Cruz-00000380).

27. Raytheon's actuary, Mercer, certified that the mortality and discount rate assumptions in Raytheon's ASC 715 report for the year ending 2014 complied with ASOP 35 and ASOP 27. Needham Decl. at Ex. 4 (RTN-Cruz-00000380, 402).

28. Raytheon's Senior Director of Compensation & Benefits and Accounting Analysis certified that the "[a]ssumptions and Methods reflected in [the 715 Report] have been reviewed and confirmed by Raytheon." Needham Decl. at Ex. 4 (RTN-Cruz-00000380).

29. Raytheon's Controller and Chief Accounting Officer confirmed that he had reviewed all information in the 715 Report with the "Director, Compensation & Benefits Finance and Accounting Analysis, and all information contained within has been approved." *Id.*

30. Cruz retired from Raytheon in 2015 at age 55. Complaint at ¶ 14; Answer at ¶ 14.

31. Cruz earned a pension in the Hourly Plan when he worked at Raytheon. Complaint at ¶ 37; Answer at ¶ 37.

32. Under the Hourly Plan, participants earned a pension in the form of a single life annuity beginning at age 65. Needham Decl. at Ex. 2 (RTN-Cruz-00001030 at § 6.1).

33. Participants in the Hourly Plan can start receiving their pension as early as age 55. Needham Decl. at Ex. 2 (RTN-Cruz-00001029 at § 6.1).

34. When a participant retires before age 65, the SLA they earned will be reduced according to their age, with "[i]nterpolations. . . made for months between stated ages." Needham Decl. at Ex. 2 (RTN-Cruz-00001031 at § 6.2).

35. Raytheon uses a conversion factor of .90 to convert participants' single life annuities to 50% joint and survivor annuities. Needham Decl. at Ex. 2 (RTN-Cruz-00001032).

36. Raytheon increases or decreases the .90 conversion factor for each month that the beneficiary is older or younger than the participant. Needham Decl. at Ex. 2 (RTN-Cruz-00001032-33).

37. When Cruz retired on November 1, 2015, he had earned an SLA of $1,135.34 per month under the Hourly Plan. Needham Decl. at Ex. 2 (RTN-Cruz-00000967).

38. Cruz selected the Hourly Plan's 50% joint and survivor annuity, with his wife as the beneficiary. Complaint at ¶ 14; Answer at ¶ 14.

39. Raytheon does not know the actuarial assumptions that were used to establish the .90 conversion factor for the Hourly Plan's 50% joint and survivor annuity. Needham Decl. at Ex. 10 (Serota Report at ¶ 12); Ex. 13 (Terry Tran. at 99-100).

40. The conversion factor that Raytheon used to calculate Cruz's benefit is .89958, with the age of Cruz's wife accounting for the decrease from .90. Needham Decl. at Ex. 10 (Serota Report at ¶ 11); Ex. 11 (Terry Report at ¶ 27, n. 2).

41. To determine whether Cruz received an actuarially equivalent benefit, Cruz's expert witness, Mitchell I. Serota ("Serota") compared the .89958 conversion factor that Raytheon used to calculate Cruz's benefit to the conversion factors generated by using the mortality assumptions that Raytheon selected for the Hourly Plan in its ASC 715 report for the year ending December 31, 2014, the year before Cruz retired. Needham Decl. at Ex. 10 (Serota Report at ¶ 111).

42. Serota's only modification of the mortality assumption in Raytheon's ASC 715 report for the Hourly Plan was to use a 50/50 male/female gender blend based on his assumption

that retirees were 50% male to comply with the legal requirement that plans use a unisex table. Needham Decl. at Ex. 10 (Serota Report at ¶ 104).

43. To select a discount rate in his calculations for Cruz, Serota started with the discount rates that Raytheon chose to calculate the present value of its liabilities under the Hourly Plan in its ASC 715 reports, compared those rates to common, market-based indices used in the pension industry and then selected an index, the "FTSE Above Mean Index," that best matched that rates that Raytheon had chosen. Needham Decl. at Ex. 10 (Serota Report at ¶¶ 86-97).

44. The result of Serota's calculation for Cruz was a conversion factor of .938847. Needham Decl. at Ex. 10 (Serota Report at ¶ 109).

45. Serota also calculated the conversion factors using alternative discount rates: (a) the discount rates set by the Treasury Department for calculating the present value of lump sum benefits; and (b) the exact discount rate that Raytheon used for the Hourly Plan in its ASC 715 report before Cruz retired. Needham Decl. at Ex. 10 (Serota Report at ¶ 111).

46. Serota also calculated the conversion factors generated using the mortality table set by the Treasury Department for calculating the present value of lump sum benefits. *Id.*

47. The conversion factors generated using Serota's alternative assumptions were each higher than the .89958 conversion factor that Raytheon used to calculate Cruz's benefit. Needham Decl. at Ex. 10 (Serota Report at ¶¶ 109-111).

Dated: September 4, 2020

                        Respectfully submitted,

                        */s/ Douglas P. Needham*
                        **IZARD, KINDALL & RAABE LLP**
                        Douglas P. Needham

Mark P. Kindall (*pro hac vice)*
Robert A. Izard (*pro hac vice*)
29 South Main Street, Suite 305
West Hartford, CT 06107
Tel: (860) 493-6292
Fax: (860) 493-6290
Email:  dneedham@ikrlaw.com
Email:  mkindall@ikrlaw.com
Email:  rizard@ikrlaw.com

Gregory Y. Porter (*pro hac vice*)
Mark G. Boyko (*pro hac vice)*
**BAILEY & GLASSER LLP**
1054 31st Street, NW, Suite 230
Washington, DC 20007
(202) 463-2101
(202) 463-2103 fax
gporter@baileyglasser.com
mboyko@baileyglasser.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed with the Court and electronically served through the CM-ECF system which will send a notification of such filing to all counsel of record.

Dated: September 16, 2020

                                                  */s/ Douglas P. Needham*
                                                    Douglas P. Needham