## UNITED STATES DISTRICT COURT
## OF MASSACHUSETTS

| | |
|---|---|
| Johnny Cruz, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>     vs.<br><br>Raytheon Company, Kelly B. Lappin, in her capacity as Plan Administrator for the Raytheon Company Pension Plan for Hourly Employees,  the Raytheon Company Pension Plan for Salaried Employees, the Raytheon Non-Bargaining Retirement Plan, the Raytheon Bargaining Retirement Plan, and the Raytheon Retirement Plan for Engineers & Contractors, Inc. and Aircraft Credit Employees, and John/Jane Does 1-10.<br><br>    Defendants. | Civil Action No.:  1:19-cv-11425<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>SEPTEMBER 4, 2020 |

# EXHIBIT 4

**Raytheon Year-End Disclosure**
**2014**

## Authorizations and Certifications

The information contained in this summary document of items impacting pension and retiree medical ASC 715 expense was compiled by Benefits Finance and Mercer to ensure completeness of accounting for ASC 715 recognized plans. Data was compiled by gathering and confirming information with Raytheon Legal, HR, Benefits Finance and Treasury. Assumptions and Methods reflected in the document have been reviewed and confirmed by Raytheon. This document appropriately reflects all items to be incorporated into the 2014 FASB ASC 715, Compensation – Retirement Benefits expense and disclosure accounting.

Deborah Tully, FSA, EA
Senior Director, Compensation & Benefits Finance and Accounting Analysis

Jon Barry, FSA, EA
Mercer

The information contained has been reviewed with the Chief Accounting Officer by Director, Compensation & Benefits Finance and Accounting Analysis, and all information contained within has been approved.

Michael Wood
Vice President, Controller and Chief Accounting Officer

CONFIDENTIAL

**Raytheon   Year-End   Disclosure**

**2014**

## Table of Contents

Data

Special Accounting

Justification of Assumptions

Change in Assumptions

Key Assumptions

Key Methods

Assets/Contributions/Benefit Payments

Adjustment to Assets

Plan Provisions

Independent Valuation Controls

CONFIDENTIAL

Raytheon Year End Benefit Disclosure

2014

DATA

| Plan | Mercer<br>Comment from Actuary on demographic gains/(losses) as of data census date which may materially affect the accounting results at disclosure | Raytheon<br>Comments from Raytheon on significant changes in population during the year that may require adjustments to the data from the previous census date | Mercer<br>Census Date | Mercer<br>Adjustments to year-end liabilities for 2014 experience |
|---|---|---|---|---|
| *Pension Plans (Plan Component)* | | | | |
| Raytheon Company Pension Plan for Salaried Employees | Overall PBO decrease primarily due to demographic experience including salary gains, retirement and turnover losses and removal of liability related to RTIS lump sums payable | Decrease of approximately 1,700 active participants. | The census data is as of January 1, 2014. | Year-end liabilities were adjusted for expected losses due to retirement experience during 2014 |
|     Raytheon Company Pension Plan for Salaried Employees (Prior to Merger) | | | | |
|     Former Raytheon Co. Pension Plan for Discontinued Operations | | | | |
|     Former E-Systems, Inc. Salaried Retirement Plan | | | | |
|     Former HRB Systems, Inc. Salaried Retirement Plan | | | | |
|     Former Raytheon E-Systems, Inc. Richardson/Waco Retirement Plan | | | | |
|     Former Raytheon TI Systems Employee Pension Plan | | | | |
| Raytheon Company Pension Plan for Hourly Employees | No significant gain/loss | No significant change. | The census data is as of January 1, 2014. | No adjustments |
|     Raytheon Company Pension Plan for Hourly Employees (Prior to Merger) | | | | |
|     Former Retirement Plan for Hourly Employees of Raytheon NCS - Florida | | | | |
|     Former Retirement Plan for Hourly Employees of IIS Garland | | | | |
| Raytheon Company Excess Pension Plan* | ███████████████ | | ███████████████ | ███████████ |
|     Raytheon Top Hat | | | | |
|     RE&C SERP | | | | |
|     Raytheon E-Systems, Inc. Supplemental Executive Retirement Plan | | | | |
|     Raytheon E-Systems, Inc. Supplemental Retirement Plan | | | | |
|     Raytheon TI Systems Excess Pension Plan | | | | |
|     Hughes Excess Pension Plan | | | | |
|     Hughes OTP SERP | | | | |
| Retirement Plan for Hourly Employees of Greenville Division of E-Systems, Inc. | No significant gain/loss | No significant change. | The census data is as of January 1, 2014. | No adjustments |
| Raytheon Nonbargaining Retirement Plan | | Decrease of approximately 550 active participants. | | Year-end liabilities were adjusted for expected losses due to retirement experience during 2014 |
|     Raytheon Nonbargaining Retirement Plan (Prior to Merger) | Overall PBO loss primarily due to demographic experience including retirement losses | | The census data is as of January 1, 2014. | |
|     Raytheon Company Marine Systems Retirement Plan | Overall PBO gain primarily due to demographic experience including retirement gains | | The census data is as of December 1, 2013. | |
| Raytheon Bargaining Retirement Plan | Overal PBO loss primarily due to demographic experience including retirement losses | No significant change. | The census data is as of December 1, 2013. | No adjustments |
| Raytheon Retirement Plan for Engineers & Constructors and Aircraft Credit Employees | No significant gain/loss | No significant change. | The census data is as of January 1, 2014. | No adjustments |
| Raytheon SuperSERP Plan | ████████████ | | ████████████████████ | ████████████ |

* Liability for international transfer pension arrangements is included in the Excess Plan liability

CONFIDENTIAL

RTN-Cruz-00000382

Raytheon   Year-End   Benefit   Disclosure

2014

DATA

| Plan | Mercer<br>Comment from Actuary on demographic gains/(losses) as of data census date which may materially affect the accounting results at disclosure | Raytheon<br>Comments from Raytheon on significant changes in population during the year that may require adjustments to the data from the previous census date | Mercer<br>Census Date | Mercer<br>Adjustments to year-end liabilities for 2014 experience |
|---|---|---|---|---|
| *US - Other Postretirement Benfit Plans* | ██████████ | | ███████████ | ██████ |

For a summary of the January 1, 2014 Valuation data for the US Pension and Retiree Medial plans, please refer to the January 1, 2014 Data, Assumption, Methods and Provision (DAMP) reports

*International Plans*

██████████   ██████   |   ██████
████████   ██████
████████   ██████   █████████████
████████████   ██████   ███████

CONFIDENTIAL

RTN-Cruz-00000383

Raytheon - Year End Benefit Disclosure

2014

**JUSTIFICATION   OF ASSUMPTIONS**

**Mercer and Raytheon Finance**

**US - All Plans**

**Discount Rate Policy**

Raytheon will set the ASC 715 discount rate based on the results of a bond model consisting of a theoretical bond portfolio, developed as of the measurement date, which matches Raytheon's pension liability duration.  The results will be rounded up or down to the nearest 5 or 10 basis points, with plans with similar profiles grouped together.  The basis of rounding and combining plans will be set to minimize the variability compared to results if plans were treated separately and rounded individually to the nearest 5 basis points.

If rate movements resulting from this policy are outside of market norms, consideration will be given to other existing factors, as appropriate.

**Development of Expected Return on Assets**

The long-term rate of return on plan assets (ROA) represents the average rate of earnings expected over the long term on the assets invested to provide for anticipated future benefit payment obligations.  To establish our long-term ROA assumption, we employ a "building block" approach.  As part of our annual process for determining whether it is appropriate to change our long-term ROA assumption, we first review the existing long-term ROA assumption against a statistically determined reasonable range of outcomes, which we consider to be between the 25th and 75th percentile likelihood of achieving a long-term return over future years.  The building block approach and the reasonable range of outcomes are based upon our asset allocation assumptions and long-term capital market assumptions.

The long-term ROA of 8.75% fell between the 60th-65th percentile of the reasonable range for 2014.  Once our long-term ROA has been determined to be within the 25th to 75th percentile range of results, we review historical averages and patterns of returns to confirm reasonability of our long-term ROA assumption compared to past results.  Since we have not had a significant change in investment strategy, our existing long-term ROA assumption of 8.75% is within the reasonable range and our historical trends and averages do not indicate a trend or pattern of returns significantly above or below our existing assumption, we determined our long-term ROA assumption for our domestic pension plans in 2014 would remain at 8.75%, consistent with our 2013 assumption.

**Development of Salary Scale Assumption**

Raytheon has selected an assumed age-weighted rate of salary growth that ranges between 7% and 2% based on age, in line with anticipated future salary increases.

**Development of Inflation/Cost-of-Living Assumptions**

For the US pension plans the expected inflation assumption is 3% which is in line with long-term inflation assumptions. For the Bargaining/Nonbargaining and Hughes Excess Pension Plan, the retiree cost-of-living adjustment is assumed to average 2.5% due to the fact that there is a 4% cap that is applied annually to the cost-of-living adjustment. Analysis of historical cumulative retiree cost-of-living adjustments has shown that there is at least a 50 basis difference between the retiree cost-of-living adjustment and the long-term inflation assumption. For the Bargaining, Nonbargaining and Hughes Excess plans, the COLA assumption for 2014 is being increased to 1.66% to reflect actual experience.

**Development of Mortality Assumption**

In October 2014, the Society of Actuaries (SOA) released a new mortality table and improvement scale based on their most recent analysis.  Raytheon reviewed the findings and compared recent mortality experience against the findings, and has updated the mortality assumption to be a modified version of the RP-2014 employee/retiree no collar tables, which has the projection scale backed off to 2007 and projected future generational mortality improvement based on a 10-year grade down period and an ultimate rate of improvement of 0.75%.  More details on these modifications are provided on the Change in Assumptions tab. We believe that this is  reasonable for the purpose of determining ASC 715 liabilities and the associated annual benefit expense.

**Development of Lump Sum Interest Rate Assumptions**

Raytheon has elected to calculate lump sum amounts on the better of PBGC, GATT and PPA basis for 2008, and the better of PBGC and PPA for all years thereafter.   To determine the lump sum rate to be used for the valuation, Raytheon reviews Mercer Investment Consulting's (MIC) estimation of expected future returns and standard deviations of various asset classes.  In addition, Raytheon looks at long-term historical trends in the PBGC rate. Based on the most recent information from MIC (October 2014), the expected return for long government bonds is 3.2%.  For the PBGC rate, historical trend suggests a range of 40 to 200 basis points below this long-term return assumption to be a reasonable assumption of the spread.   As such, we feel a long term rate of 2.75% is appropriate.   We assume the actual PBGC rate of 1.75% for 2014, 1.00% for 2015, 1.75% for 2016 and the long term rate of 2.75% for 2017 and beyond.

CONFIDENTIAL

RTN-Cruz-00000386

Raytheon   Year-End Benefit   Disclosure

2014

**KEY ASSUMPTIONS**

| Plan | Mercer and Raytheon Finance — Expected Discount Rate Assumption | Mercer and Raytheon Finance — Expected Return on Assets | Mercer and Raytheon Finance — Expected Salary Scale Assumption | Mercer and Raytheon Finance — Expected Inflation Assumption/Cost-of-Living | Mercer and Raytheon Finance — Expected Mortality Assumption | Mercer and Raytheon Finance — Expected Cash Balance Interest Crediting Rate |
|---|---|---|---|---|---|---|
| *Pension Plans (Plan Component)* | | | | | US Mortality Tables: Mercer modified RP2014 employee/retiree no collar table backed off to 2007 and projected generational based on the Mercer modified MMP2007 scale | |
| Raytheon Company Pension Plan for Salaried Employees | | | | | | |
| Raytheon Company Pension Plan for Salaried Employees (Prior to Merger) | 4.15% | 8.75% | 2-7% [1] | 3.00% | US Mortality Tables | N/A |
| Former Raytheon Co. Pension Plan for Discontinued Operations | 4.15% | 8.75% | N/A | N/A | US Mortality Tables | N/A |
| Former E-Systems, Inc. Salaried Retirement Plan | 4.15% | 8.75% | 2-7% [1] | N/A | US Mortality Tables | N/A |
| Former HRB Systems, Inc. Salaried Retirement Plan | 4.15% | 8.75% | 2-7% [1] | N/A | US Mortality Tables | N/A |
| Former Raytheon E-Systems, Inc. Richardson/Waco Retirement Plan | 4.15% | 8.75% | 2-7% [1] | N/A | US Mortality Tables | N/A |
| Former Raytheon TI Systems Employee Pension Plan | 4.15% | 8.75% | 2-7% [1] | N/A | US Mortality Tables | N/A |
| Raytheon Company Pension Plan for Hourly Employees | 4.15% | | | | | |
| Raytheon Company Pension Plan for Hourly Employees (Prior to Merger) | 4.15% | 8.75% | 3.00% | 3.00% | US Mortality Tables | N/A |
| Former Retirement Plan for Hourly Employees of Raytheon NCS - Florida | 4.15% | 8.75% | N/A | N/A | US Mortality Tables | N/A |
| Former Retirement Plan for Hourly Employees of IIS Garland | 4.15% | 8.75% | N/A | N/A | US Mortality Tables | N/A |
| Raytheon Company Excess Pension Plan | | | | | | |
| Raytheon Top Hat | | | | | | |
| RE&C SERP | | | | | | |
| Raytheon E-Systems, Inc. Supplemental Executive Retirement Plan | | | | | | |
| Raytheon E-Systems, Inc. Supplemental Retirement Plan | | | | | | |
| Raytheon TI Systems Excess Pension Plan | | | | | | |
| Hughes Excess Pension Plan | | | | | | |
| Hughes OTP SERP | | | | | | |
| Retirement Plan for Hourly Employees of Greenville Division of E-Systems, Inc. | 4.15% | 8.75% | N/A | N/A | US Mortality Tables | N/A |
| Raytheon Nonbargaining Retirement Plan | | | | | | |
| Raytheon Nonbargaining Retirement Plan (Prior to Merger) | 3.95% | 8.75% | 2-7% [1] | 3.00%/2.50% [2] | US Mortality Tables | 2.00% [4] |
| Raytheon Company Marine Systems Retirement Plan | 3.95% | 8.75% | 2-7% [1] | 3.00% | US Mortality Tables | 2.00% |
| Raytheon Bargaining Retirement Plan | 3.95% | 8.75% | 2-7% [1] | 3.00%/2.50% [2] | US Mortality Tables | 2.00% |
| Raytheon Retirement Plan for Engineers & Constructors and Aircraft Credit Employees | 4.15% | 8.75% | N/A | N/A | US Mortality Tables | N/A |
| Raytheon SuperSERP Plan | | | | | | |

CONFIDENTIAL

RTN-Cruz-00000390

**2014**

**KEY ASSUMPTIONS**

| Plan | Mercer and Raytheon Finance — Expected Trend Assumption - PRE 65 | Mercer and Raytheon Finance — Expected Trend Assumption - POST 65 | Mercer and Raytheon Finance — Ultimate Trend Year (PRE 65) | Mercer and Raytheon Finance — Plan Duration | Mercer and Raytheon Finance — Persistency Assumption | Mercer and Raytheon Finance — Participation Assumption | Mercer and Raytheon Finance — Wausau Rate |
|---|---|---|---|---|---|---|---|
| **Pension Plans (Plan Component)** | | | | | | | |
| Raytheon Company Pension Plan for Salaried Employees | | | | 15.32 | | | |
| Raytheon Company Pension Plan for Salaried Employees (Prior to Merger) | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Former Raytheon Co. Pension Plan for Discontinued Operations | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Former E-Systems, Inc. Salaried Retirement Plan | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Former HRB Systems, Inc. Salaried Retirement Plan | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Former Raytheon E-Systems, Inc. Richardson/Waco Retirement Plan | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Former Raytheon TI Systems Employee Pension Plan | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Raytheon Company Pension Plan for Hourly Employees | | | | 12.47 | | | |
| Raytheon Company Pension Plan for Hourly Employees (Prior to Merger) | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Former Retirement Plan for Hourly Employees of Raytheon NCS - Florida | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Former Retirement Plan for Hourly Employees of IIS Garland | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Raytheon Company Excess Pension Plan | | | | 9.95 | | | |
| Raytheon Top Hat | | | | | | | |
| RE&C SERP | | | | | | | |
| Raytheon E-Systems, Inc. Supplemental Executive Retirement Plan | | | | | | | |
| Raytheon E-Systems, Inc. Supplemental Retirement Plan | | | | | | | |
| Raytheon TI Systems Excess Pension Plan | | | | | | | |
| Hughes Excess Pension Plan | | | | | | | |
| Hughes OTP SERP | | | | | | | |
| Retirement Plan for Hourly Employees of Greenville Division of E-Systems, Inc. | N/A | N/A | N/A | 12.58 | N/A | N/A | N/A |
| Raytheon Nonbargaining Retirement Plan | | | | 8.92 | | | |
| Raytheon Nonbargaining Retirement Plan (Prior to Merger) | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Raytheon Company Marine Systems Retirement Plan | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Raytheon Bargaining Retirement Plan | N/A | N/A | N/A | 8.35 | N/A | N/A | N/A |
| Raytheon Retirement Plan for Engineers & Constructors and Aircraft Credit Employees | N/A | N/A | N/A | 11.17 | N/A | N/A | N/A |
| Raytheon SuperSERP Plan | ■ | ■ | ■ | ■ | ■ | ■ | ■ |

CONFIDENTIAL

RTN-Cruz-00000392

**Raytheon Year-End Benefit Disclosure**

**2014**

**KEY METHODS**

## Mercer and Raytheon Finance

**Measurement Date**  The Measurement Date for all plans is December 31 of the fiscal year.

**Market-Related Value**  For the US pension plans, the Market-Related Value, is a smoothed asset value, spreading actual versus expected returns on fair value of assets over a three-year period. For all other funded plans, the market-related value is assumed to be the fair value of assets.

**Gain/loss Amortization Corridor**  There is no gain/loss amortization corridor for US pension plans, but there is a corridor of 10% of APBO for retiree medical plans. For the non-US pension plans, there is a gain/loss amortization corridor equal to 10% of the greater of the PBO and market value of assets.

CONFIDENTIAL

RTN-Cruz-00000394

2014

PLAN PROVISIONS

| Plan | Name of Plan Document or Alternative Source Document | Effective Date of Document | Description and Dates of Recent Plan Amendments (*) | Most Recent Bargaining Agreement | Were any plan changes made in 2014? (Y/N) | Are there any recent legal changes that may affect the plans' financial statement or liability? | Comments |
|---|---|---|---|---|---|---|---|
| | | | | | **Mercer & Raytheon** | | |
| | | | | | | **Mercer & Raytheon** | |
| **Pension Plans (Plan Component)** | | | | | | | |
| Raytheon Company Pension Plan for Salaried Employees | Raytheon Pension Plan for Salaried Employees Plan Document | January 1, 1950 - amended and restated January 1, 2001 | 10/30/2014 Amended to update certain plan document references | | Y | | |
| Raytheon Company Pension Plan for Salaried Employees (Pre Merger) | Raytheon Pension Plan for Salaried Employees Plan Document (Exhibit A) | | | | N | | |
| Former Raytheon Co. Pension Plan for Discontinued Operations | Raytheon Pension Plan for Salaried Employees Plan Document (Exhibit F) | | | | N | | |
| Former E-Systems, Inc. Salaried Retirement Plan | Raytheon Pension Plan for Salaried Employees Plan Document (Exhibit B) | | | | N | | |
| Former HRB Systems, Inc. Salaried Retirement Plan | Raytheon Pension Plan for Salaried Employees Plan Document (Exhibit C) | | | | N | | |
| Former Raytheon E-Systems, Inc. Richardson/Waco Retirement Plan | Raytheon Pension Plan for Salaried Employees Plan Document (Exhibit D) | | | | N | | |
| Former Raytheon TI Systems Employee Pension Plan | Raytheon Pension Plan for Salaried Employees Plan Document (Exhibit E) | | | | N | | |
| Raytheon Company Pension Plan for Hourly Employees | | | | | | | |
| Raytheon Company Pension Plan for Hourly Employees (Prior to Merger) | Raytheon Pension Plan for Hourly Employees Plan Document | September 1, 1958 - restated in its entirety January 1, 1997 | 3/13/2014 Minimum benefit applicable to participants in the Raytheon Guards Association to reflect bargained changes | 3/2/2014 participants in the Raytheon Guards Association terminating active employment on or after 03/02/14 will have a pension multiplier for service of $53.  The contract expires 03/11/2018 | Y | | |
| | | | 10/30/2014 Amended to update certain plan document references | | | | |
| | | | 10/30/2014 Minimum benefit applicable to participants in IBEW Local 1505 to reflect bargained changes | 9/27/2014 participants in IBEW Local 1505 terminating active employment on or after 09/27/14 will have a pension multiplier for service of $53.  The contract expires 09/23/2017 | | | |
| Former Retirement Plan for Hourly Employees of Raytheon NCS - Florida | Retirement Plan for Hourly Employees of Raytheon NCS - Florida (formerly Retirement Plan for Hourly Employees of ECI Division of E-Systems, Inc.) | January 1, 1963- restated in its entirety January 1, 1976. | | | N | | |
| Former Retirement Plan for Hourly Employees of IIS Garland | Retirement Plan for Hourly Employees of Garland Division of E-Systems, Inc. | January 1, 1972- restated in its entirety January 1, 1976. | | | N | | |
| Raytheon Company Excess Pension Plan | ▆▆▆▆▆ | ▆▆▆▆ | | | ▆ | | |
| Raytheon Top Hat | | | | | | | |
| RE&C SERP | | | | | | | |
| Raytheon E-Systems, Inc. Supplemental Executive Retirement Plan | | | | | | | |
| Raytheon E-Systems, Inc. Supplemental Retirement Plan | | | | | | | |
| Raytheon TI Systems Excess Pension Plan | | | | | | | |
| Hughes Excess Pension Plan | | | | | | | |
| Hughes OTP SERP | | | | | | | |
| Retirement Plan for Hourly Employees of Greenville Division of E-Systems, Inc. | Retirement Plan for Hourly Employees of Greenville Division of E-Systems, Inc. | January 1, 1972- restated in its entirety January 1, 1976. | | | N | | |
| Raytheon Nonbargaining Retirement Plan | | | | | | | |
| Raytheon Nonbargaining Retirement Plan (Prior to Merger) | Raytheon Nonbargaining Retirement Plan Document | December 18, 1997 | 06/24/14 Amended to reflect the merger of Raytheon Marine Systems Retirement Plan into and Amendment of Raytheon Nonbargaining Retirement Plan effective 07/01/2014 (Exhibit J) | | Y | | |
| Raytheon Company Marine Systems Retirement Plan | Raytheon Marine Systems Retirement Plan | February 28, 1997 | 06/24/14 Amended to reflect the merger of Raytheon Marine Systems Retirement Plan into and Amendment of Raytheon Nonbargaining Retirement Plan effective 07/01/2014 (Exhibit J) | | Y | | |

CONFIDENTIAL

RTN-Cruz-00000397

Raytheon  Year-End  Benefits  Disclosure

2014

PLAN  PROVISIONS

| Plan | Mercer & Raytheon | | | | | Mercer & Raytheon | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Name of Plan Document or Alternative Source Document | Effective Date of Document | Description and Dates of Recent Plan Amendments (*) | Most Recent Bargaining Agreement | Were any plan changes made in 2014? *(Y/N)* | Are there any recent legal changes that may affect the plans' financial statement or liability? | Comments |
| Raytheon Bargaining Retirement Plan | Raytheon Bargaining Retirement Plan (California & Tucson) Document / Pension & Retirement Plan for Bargaining Unit Employees of MESC Electronic System, Inc. | December 18, 1997 | | | N | | |
| Raytheon Retirement Plan for Engineers & Constructors and Aircraft Credit Employees | Raytheon Retirement Plan for Engineers & Constructors and Aircraft Credit Employees | January 1, 1976 | | | N | | |
| Raytheon SuperSERP Plan | █████████ | ████ | | | █ | | |
| *Other Postretirement Benefit Plans* | | | | | | | |
| ████████ | ████████ | ███ | | | █ | | |
| | | | | | | | |
| ████████ | ███ | | | | █ | | |
| *International Plans* | | | | | | | |
| ██████ | █████ | | █ | | █ | █ | █ |
| ██████ | ██████ | | ████ | | █ | █ | █ |
| ██████ | ██████ | | ██████ | | █ | █ | █ |
| ██████ | ███ | | ██ | ███ | █ | █ | █████ |
| ██████ | ████ | | █ | ███ | █ | █ | █████ |
| ██████ | ████ | | ███ | ███ | █ | █ | |

(*) Per discussion with HR and Legal at our Control Document review meeting with Mercer on December 11, 2014, there are 2 amendments pending that may or may not be finalized by year end.  One is for a technical correction to the social security language and the second is for an update to the definition of domestic partner.  Neither of these two amendments would have an impact to our liability valuation or financial statement disclosure

CONFIDENTIAL

RTN-Cruz-00000398

# Certification

Mercer has prepared this report exclusively for Raytheon Company's Pension and Postretirement Benefit Plans for the fiscal year beginning January 1, 2014 and ending December 31, 2014; subject to this limitation, Raytheon Company may direct that this report be provided to its auditors in connection with the audit of its financial statements. Mercer is not responsible for use of this report by any other party.

Mercer has prepared this report to:
- Enable the plan sponsor to satisfy the accounting requirements under ASC 715 for the Raytheon Company Pension and Postretirement Benefit Plans for the fiscal year beginning January 1, 2014 and ending December 31, 2014, and

- Provide a response to the Auditors Request by PricewaterhouseCoopers, LLP dated December 19, 2014.

This report may not be used for any other purpose; Mercer is not responsible for the consequences of any unauthorized use. Its content may not be modified, incorporated into or used in other material, sold or otherwise provided, in whole or in part, to any other person or entity, without Mercer's permission.

All parts of this report, including any documents incorporated by reference, are integral to understanding and explaining its contents; no part may be taken out of context, used or relied upon without reference to the report as a whole.

Decisions about benefit changes, granting new benefits, investment policy, funding policy, benefit security and/or benefit-related issues should not be made solely on the basis of this report, but only after careful consideration of alternative economic, financial, demographic and societal factors, including financial scenarios that assume future sustained investment losses.

This report is based on the participant data, assumptions, methods, and provisions summarized in the Supporting Documentation tab of this report.  Those data, assumptions, methods and plan provisions not shown in the attached report are noted in our January 1, 2014 DAMP reports for the qualified and nonqualified pension and retiree medical plans.  Copies of the above named reports are available from Mercer upon request by an authorized user of this report.

Raytheon Company is ultimately responsible for selecting the plan's accounting policies, methods and assumptions. This information is referenced or described in the Supporting Documentation tab of this report. Raytheon Company is solely responsible for communicating to Mercer any changes required to those policies, methods and assumptions.

This report was prepared in accordance with generally accepted actuarial principles and procedures. The actuarial assumptions were selected by Raytheon Company. Based on the information provided to us, we believe that the actuarial assumptions are reasonable for the purposes described in this report. The calculations reported in the enclosed attachments are consistent with our understanding of the provisions of ASC 715-30 and ASC 715-60.

CONFIDENTIAL                                                                                    RTN-Cruz-00000400

RAYTHEON COMPANY & SUBSIDIARIES

## Certification

This report is based on our understanding of applicable law and regulations as of the valuation date. Mercer is not an accountant or auditor and is not responsible for the interpretation of, or compliance with, accounting standards; citations to, and descriptions of accounting standards provided in this report are for reference purposes only. As you know, Mercer is not a law firm, and this analysis is not intended to be a legal opinion. You should consider securing the advice of legal counsel with respect to any legal matters related to this document and any attachments.

Raytheon Company is solely responsible for selecting the plan's investment policies, asset allocations and individual investments. The Mercer actuaries who prepared this report have not provided any investment advice to Raytheon Company.

We used financial data submitted by Bank of New York Mellon, MetLife, Aetna, John Hancock and Raytheon Company as of the valuation date without further audit. Customarily, this information would not be verified by a plan's actuary. We have reviewed the information for internal consistency and general reasonableness.

Raytheon Company should notify Mercer promptly after receipt of this report if Raytheon Company disagrees with anything contained herein or is aware of any information that would affect these results that has not been communicated to Mercer or incorporated herein.

MERCER

2

CONFIDENTIAL

RTN-Cruz-00000401

RAYTHEON COMPANY & SUBSIDIARIES

## Certification

**Professional    qualifications**

We are available to answer any questions on the material contained in the report, or to provide explanations or further details as may be appropriate.  The undersigned credentialed actuaries meet the Qualification Standards of the American Academy of Actuaries to render the actuarial opinion contained in this report.

We are not aware of any direct or material indirect financial interest or relationship, including investments or other services that could create a conflict of interest that would impair the objectivity of our work.  These attachments have been prepared, and our opinions given, in accordance with accepted actuarial practice, including ASOP numbers 1, 4, 5, 6, 12, 21, 23, 25, 27, 35, 41, 42 and 44.

January 21, 2015
Date

**Jonathan R. Barry, F.S.A., M.A.A.A.**
**Enrolled Actuary No. 14-06048**
**617 747 9676**

**I have reviewed and found acceptable the actuarial assumptions, methods and procedures used in this valuation.**

January 21, 2015
Date

**Robert Lipset, E.A., M.A.A.A.**
**Enrolled Actuary No. 14-06136**
**609 520 2484**

**I have reviewed and found acceptable the short-term actuarial assumptions used in this valuation.**

January 21, 2015
Date

**Israel Rubin, F.S.A., M.A.A.A.**
**609 520 2676**

Mercer
99 High Street
Boston, MA 02110
617 747 9500

g:\retirement\raynat\2014\8 year retention\pension accounting\disclosure\deliverables\certification  page 2014.doc

MERCER

3

RTN-Cruz-00000402

| Plan Name: | Raytheon Co. PP for Salaried Employees | | | Raytheon Co. PP for Hourly Employees | | |
|---|---|---|---|---|---|---|
| Country | US | US | US | US | US | US |
| Fiscal year ending on | 12/31/2014 | 12/31/2013 | 12/31/2012 | 12/31/2014 | 12/31/2013 | 12/31/2012 |
| Apply FAS 158? | TRUE | TRUE | TRUE | TRUE | TRUE | TRUE |
| *Currency Information* | | | | | | |
| 1. Local currency: | $ | $ | $ | $ | $ | $ |
| 2. Reporting currency: | $ | $ | $ | $ | $ | $ |
| 3. Units of local currency equal to 1 unit of reporting currency | | | | | | |
| a. Beginning of year reporting exchange rate used | 1.00000 | 1.00000 | 1.00000 | 1.00000 | 1.00000 | 1.00000 |
| b. Average reporting exchange rate used | 1.00000 | 1.00000 | 1.00000 | 1.00000 | 1.00000 | 1.00000 |
| c. End of year reporting exchange rate used | 1.00000 | 1.00000 | 1.00000 | 1.00000 | 1.00000 | 1.00000 |
| **A. Change in benefit obligation** | | | | | | |
| 1. Benefit obligation at beginning of year | 11,138,266,265 | 12,138,322,530 | 10,463,880,863 | 1,119,941,670 | 1,229,269,328 | 1,049,542,196 |
| 2. Service cost | 271,648,161 | 341,919,991 | 293,566,668 | 7,863,430 | 9,690,039 | 7,906,166 |
| 3. Interest cost | 558,920,244 | 503,569,994 | 510,554,440 | 57,227,542 | 50,327,033 | 50,836,482 |
| 4. Employee contributions | - | - | - | - | - | - |
| 5. Plan amendments | - | - | - | 11,804,404 | - | 1,774,079 |
| 6. Plan curtailments | - | - | - | - | - | - |
| 7. Plan settlements | - | - | - | - | - | - |
| 8. Special termination benefits | - | - | - | - | - | - |
| 9. Benefits paid | (664,894,037) | (557,445,968) | (451,938,422) | (55,774,487) | (54,085,162) | (49,493,366) |
| 10. Medicare subsidies received | - | - | - | - | - | - |
| 11. Expenses paid | - | - | - | - | - | - |
| 12. Taxes paid | - | - | - | - | - | - |
| 13. Premiums paid | - | - | - | - | - | - |
| 14. Net transfer in/(out) (including the effect of any business combinations/divestitures) | 6,939,097 | 7,421,014 | 6,600,774 | (6,939,097) | (7,421,014) | (6,600,774) |
| 15. Effect of plan combinations | - | - | - | - | - | 77,406,118 |
| 16. Actuarial loss (gain) | 2,287,769,947 | (1,295,521,296) | 1,315,658,207 | 193,028,449 | (107,838,554) | 97,898,427 |
| 17. Exchange rate changes | - | - | - | - | - | - |
| 18. Benefit obligation at end of year | 13,598,649,677 | 11,138,266,265 | 12,138,322,530 | 1,327,151,911 | 1,119,941,670 | 1,229,269,328 |
| **B. Change in plan assets** | | | | | | |
| 1. Fair value of plan assets at beginning of year | 9,453,504,410 | 8,302,465,332 | 7,345,128,745 | 1,040,500,660 | 953,904,675 | 817,050,741 |
| 2. Actual return on plan assets | 577,871,442 | 1,230,844,032 | 892,252,235 | 63,124,807 | 137,578,161 | 97,165,770 |
| 3. Employer contributions | 642,683,000 | 470,220,000 | 510,422,000 | 44,868,000 | 10,524,000 | 27,410,000 |
| 4. Employee contributions | - | - | - | - | - | - |
| 5. Plan settlements | - | - | - | - | - | - |
| 6. Special termination benefits | - | - | - | - | - | - |
| 7. Benefits paid | (664,894,037) | (557,445,968) | (451,938,422) | (55,774,487) | (54,085,162) | (49,493,366) |
| 8. Medicare subsidies received | - | - | - | - | - | - |
| 9. Expenses paid | - | - | - | - | - | - |
| 10. Taxes paid | - | - | - | - | - | - |
| 11. Premiums paid | - | - | - | - | - | - |
| 12. Net transfers in/(out) | 6,939,097 | 7,421,014 | 6,600,774 | (6,939,097) | (7,421,014) | (6,600,774) |
| 13. Effect of plan combinations | - | - | - | - | - | 68,372,304 |
| 14. Adjustments | - | - | - | - | - | - |
| 15. Exchange rate changes | - | - | - | - | - | - |
| 16. Fair value of plan assets at end of year | 10,016,103,912 | 9,453,504,410 | 8,302,465,332 | 1,085,779,883 | 1,040,500,660 | 953,904,675 |

CONFIDENTIAL
RTN-Cruz-00000403

| Plan Name: | Raytheon Co. PP for Salaried Employees | | | Raytheon Co. PP for Hourly Employees | | |
|---|---|---|---|---|---|---|
| Country | US | US | US | US | US | US |
| Fiscal year ending on | 12/31/2014 | 12/31/2013 | 12/31/2012 | 12/31/2014 | 12/31/2013 | 12/31/2012 |
| **C. Reconciliation of funded status** | | | | | | |
| 1. Fair value of plan assets | 10,016,103,912 | 9,453,504,410 | 8,302,465,332 | 1,085,779,883 | 1,040,500,660 | 953,904,675 |
| 2. Benefit obligation | 13,598,649,677 | 11,138,266,265 | 12,138,322,530 | 1,327,151,911 | 1,119,941,670 | 1,229,269,328 |
| 3. Funded status (plan assets less benefit obligations) | (3,582,545,765) | (1,684,761,855) | (3,835,857,198) | (241,372,028) | (79,441,010) | (275,364,653) |
| 4. Contributions and distributions made by company from measurement date to fiscal year end | - | - | - | - | - | - |
| 5. Transition obligation (asset) | N/A | N/A | N/A | N/A | N/A | N/A |
| 6. Prior service cost (credit) | N/A | N/A | N/A | N/A | N/A | N/A |
| 7. Net actuarial loss (gain) | N/A | N/A | N/A | N/A | N/A | N/A |
| 8. Net amount [asset (obligation)] recognized in statement of financial position | (3,582,545,765) | (1,684,761,855) | (3,835,857,198) | (241,372,028) | (79,441,010) | (275,364,653) |
| **D. Amounts recognized in the statement of financial position consist of:** | | | | | | |
| 1. Noncurrent assets | - | - | - | - | - | - |
| 2. Current liabilities | - | - | - | - | - | - |
| 3. Noncurrent liabilities | (3,582,545,765) | (1,684,761,855) | (3,835,857,198) | (241,372,028) | (79,441,010) | (275,364,653) |
| 4. Net amount [asset (obligation)] recognized in statement of financial position | (3,582,545,765) | (1,684,761,855) | (3,835,857,198) | (241,372,028) | (79,441,010) | (275,364,653) |
| **E. Reconciliation of amounts recognized in statement of financial position** | | | | | | |
| 1. Initial net asset (obligation) | - | - | - | - | - | - |
| 2. Prior service credit (cost) | (11,405,361) | (15,410,458) | (19,562,802) | (35,019,466) | (30,288,360) | (38,725,324) |
| 3. Net gain (loss) | (5,515,003,005) | (3,338,544,983) | (5,586,338,237) | (451,808,148) | (283,471,781) | (510,668,787) |
| 4. Total recognized in accumulated other comprehensive income (loss) | (5,526,408,366) | (3,353,955,441) | (5,605,901,039) | (486,827,614) | (313,760,141) | (549,394,111) |
| 5. Accumulated contributions in excess of net periodic benefit cost | 1,943,862,601 | 1,669,193,586 | 1,770,043,841 | 245,455,586 | 234,319,131 | 274,029,458 |
| 6. Net amount [surplus (deficit)] recognized in statement of financial position | (3,582,545,765) | (1,684,761,855) | (3,835,857,198) | (241,372,028) | (79,441,010) | (275,364,653) |
| **F. Components of net periodic benefit cost** | | | | | | |
| 1. Service cost | 271,648,161 | 341,919,991 | 293,566,668 | 7,863,430 | 9,690,039 | 7,906,166 |
| 2. Interest cost | 558,920,244 | 503,569,994 | 510,554,440 | 57,227,542 | 50,327,033 | 50,836,482 |
| 3. Expected return on plan assets | (772,197,550) | (721,651,212) | (683,248,344) | (85,225,786) | (81,938,866) | (74,864,125) |
| 4. Amortization of initial net obligation (asset) | - | - | - | - | - | - |
| 5. Amortization of prior service cost | 4,005,097 | 4,152,344 | 4,317,624 | 7,073,298 | 8,436,964 | 8,169,546 |
| 6. Amortization of net (gain) loss | 305,638,033 | 443,079,138 | 356,049,071 | 46,793,061 | 63,719,157 | 52,343,313 |
| 7. Curtailment (gain) / loss recognized | - | - | - | - | - | - |
| 8. Settlement (gain) / loss recognized | - | - | - | - | - | - |
| 9. Special termination benefit recognized | - | - | - | - | - | - |
| 10. Net periodic benefit cost | 368,013,985 | 571,070,255 | 481,239,459 | 33,731,545 | 50,234,327 | 44,391,382 |

CONFIDENTIAL

RTN-Cruz-00000404

| Plan Name: | Raytheon Co. PP for Salaried Employees | | | Raytheon Co. PP for Hourly Employees | | |
|---|---|---|---|---|---|---|
| Country | US | US | US | US | US | US |
| Fiscal year ending on | 12/31/2014 | 12/31/2013 | 12/31/2012 | 12/31/2014 | 12/31/2013 | 12/31/2012 |
| **G. Changes recognized in other comprehensive income** | | | | | | |
| *Changes in plan assets and benefit obligations recognized in other comprehensive income* | | | | | | |
| 1. Initial net obligation (asset) arising during the period | - | - | - | - | - | - |
| 2. Prior service cost (credit) arising during the period | - | - | - | 11,804,404 | - | 1,774,079 |
| 3. Net loss (gain) arising during the period | 2,482,096,055 | (1,804,714,116) | 1,106,654,316 | 215,129,428 | (163,477,849) | 75,596,782 |
| *Amounts recognized as a component of net periodic benefit cost* | | | | | | |
| 4. Amortization of initial net asset (obligation) | - | - | - | - | - | - |
| 5. Amortization of prior service credit (cost) | (4,005,097) | (4,152,344) | (4,317,624) | (7,073,298) | (8,436,964) | (8,169,546) |
| 6. Amortization of net gain (loss) | (305,638,033) | (443,079,138) | (356,049,071) | (46,793,061) | (63,719,157) | (52,343,313) |
| 7. Effect of exchange rates on amounts included in AOCI | - | - | - | - | - | - |
| 8. Total recognized in other comprehensive loss (income) | 2,172,452,925 | (2,251,945,598) | 746,287,621 | 173,067,473 | (235,633,970) | 16,858,002 |
| 9. Total recognized in net periodic benefit and other comprehensive loss (income) | 2,540,466,910 | (1,680,875,343) | 1,227,527,080 | 206,799,018 | (185,399,643) | 61,249,384 |
| *Estimated amounts that will be amortized from accumulated other comprehensive income over the next fiscal year* | | | | | | |
| 10. Initial net asset (obligation) | - | | | - | | |
| 11. Prior service credit (cost) | (3,007,710) | | | (7,603,463) | | |
| 12. Net gain (loss) | (457,665,598) | | | (64,938,861) | | |
| | (460,673,308) | | | (72,542,324) | | |
| **H. Weighted-average assumptions to determine benefit obligations** | | | | | | |
| 1. Discount rate | 4.15% | 5.20% | 4.25% | 4.15% | 5.20% | 4.25% |
| 2. Rate of compensation increase | 4.50% | 4.50% | 4.50% | 3.00% | 3.00% | 3.00% |
| 3. Measurement date | 12/31/2014 | 12/31/2013 | 12/31/2012 | 12/31/2014 | 12/31/2013 | 12/31/2012 |
| **I. Weighted-average assumptions to determine net cost** | | | | | | |
| 1. Discount rate | 5.20% | 4.25% | 5.00% | 5.20% | 4.25% | 5.00% |
| 2. Expected long-term rate of return on plan assets during fiscal year | 8.75% | 8.75% | 8.75% | 8.75% | 8.75% | 8.75% |
| 3. Rate of compensation increase | 4.50% | 4.50% | 4.50% | 3.00% | 3.00% | 3.00% |
| **J. Additional year-end information** | | | | | | |
| *Required information for all defined benefit plans* | | | | | | |
| 1. Accumulated benefit obligation | 12,031,306,565 | 9,938,897,087 | 10,676,756,994 | 1,315,240,831 | 1,109,102,549 | 1,208,124,486 |
| **K. Additional year-end information for plans with accumulated benefit obligations in excess of plan assets** | | | | | | |
| 1. Projected benefit obligation | 13,598,649,677 | 11,138,266,265 | 12,138,322,530 | 1,327,151,911 | 1,119,941,670 | 1,229,269,328 |
| 2. Accumulated benefit obligation | 12,031,306,565 | 9,938,897,087 | 10,676,756,994 | 1,315,240,831 | 1,109,102,549 | 1,208,124,486 |
| 3. Fair value of plan assets | 10,016,103,912 | 9,453,504,410 | 8,302,465,332 | 1,085,779,883 | 1,040,500,660 | 953,904,675 |
| **L. Additional year-end information for plans with projected benefit obligations in excess of plan assets** | | | | | | |
| 1. Projected benefit obligation | 13,598,649,677 | 11,138,266,265 | 12,138,322,530 | 1,327,151,911 | 1,119,941,670 | 1,229,269,328 |
| 2. Fair value of plan assets | 10,016,103,912 | 9,453,504,410 | 8,302,465,332 | 1,085,779,883 | 1,040,500,660 | 953,904,675 |
| **M. Cash flows** | Year Ending | | | Year Ending | | |
| 1. Expected employer contributions | 12/31/2015 | - | | 12/31/2015 | - | |
| 2. Expected benefit payments for fiscal year ending | 12/31/2015 | 531,646,810 | | 12/31/2015 | 64,649,111 | |
| | 12/31/2016 | 545,321,658 | | 12/31/2016 | 66,511,908 | |
| | 12/31/2017 | 561,689,376 | | 12/31/2017 | 68,615,982 | |
| | 12/31/2018 | 592,890,109 | | 12/31/2018 | 71,572,714 | |
| | 12/31/2019 | 620,818,482 | | 12/31/2019 | 74,687,354 | |
| | Next 5 Years | 3,709,740,022 | | Next 5 Years | 416,371,820 | |

CONFIDENTIAL

RTN-Cruz-00000405

| Plan Name: | Sub-Total - US DB Non-Qualified Pension Plans | All Plans | | |
|---|---|---|---|---|
| Country | | | | |
| Fiscal year ending on | | 12/31/2014 | 12/31/2013 | 12/31/2012 |
| Apply FAS 158? | | | | |
| *Currency Information* | | | | |
| 1. Local currency: | | $ | $ | $ |
| 2. Reporting currency: | | $ | $ | $ |
| 3. Units of local currency equal to 1 unit of reporting currency | | | | |
| a. Beginning of year reporting exchange rate used | | 1.00000 | 1.00000 | 1.00000 |
| b. Average reporting exchange rate used | | 1.00000 | 1.00000 | 1.00000 |
| c. End of year reporting exchange rate used | | 1.00000 | 1.00000 | 1.00000 |
| **A. Change in benefit obligation** | | | | |
| 1. Benefit obligation at beginning of year | | 22,157,540,300 | 23,836,047,061 | 20,904,881,929 |
| 2. Service cost | | 438,067,682 | 566,525,540 | 502,553,354 |
| 3. Interest cost | | 1,092,422,046 | 963,004,648 | 1,013,001,022 |
| 4. Employee contributions | | 10,885,846 | 14,830,286 | 16,764,783 |
| 5. Plan amendments | | - | - | - |
| 6. Plan curtailments | | 11,804,404 | - | 2,111,738 |
| 7. Plan settlements | | - | (186,367) | - |
| 8. Special termination benefits | | - | - | - |
| 9. Benefits paid | | (1,850,797,051) | (1,442,533,674) | (1,203,711,322) |
| 10. Medicare subsidies received | | - | - | - |
| 11. Expenses paid | | - | - | - |
| 12. Taxes paid | | - | - | - |
| 13. Premiums paid | | - | - | - |
| 14. Net transfer in/(out) (including the effect of any business combinations/divestitures) | | - | - | - |
| 15. Effect of plan combinations | | - | - | - |
| 16. Actuarial loss (gain) | | 3,885,064,639 | (1,780,147,194) | 2,600,445,557 |
| 17. Exchange rate changes | | - | - | - |
| 18. Benefit obligation at end of year | | 25,744,987,866 | 22,157,540,300 | 23,836,047,061 |
| **B. Change in plan assets** | | | | |
| 1. Fair value of plan assets at beginning of year | | 18,822,274,060 | 16,732,892,931 | 14,930,547,865 |
| 2. Actual return on plan assets | | 1,148,428,003 | 2,473,100,991 | 1,809,210,198 |
| 3. Employer contributions | | 1,220,720,215 | 1,043,983,526 | 1,180,081,407 |
| 4. Employee contributions | | 10,885,846 | 14,830,286 | 16,764,783 |
| 5. Plan settlements | | - | - | - |
| 6. Special termination benefits | | - | - | - |
| 7. Benefits paid | | (1,850,797,051) | (1,442,533,674) | (1,203,711,322) |
| 8. Medicare subsidies received | | - | - | - |
| 9. Expenses paid | | - | - | - |
| 10. Taxes paid | | - | - | - |
| 11. Premiums paid | | - | - | - |
| 12. Net transfers in/(out) | | - | - | - |
| 13. Effect of plan combinations | | - | - | - |
| 14. Adjustments | | - | - | - |
| 15. Exchange rate changes | | - | - | - |
| 16. Fair value of plan assets at end of year | | 19,351,511,073 | 18,822,274,060 | 16,732,892,931 |

CONFIDENTIAL

RTN-Cruz-00000421

| Plan Name: | Sub-Total - US DB Non-Qualified Pension Plans | All Plans | | |
|---|---|---|---|---|
| Country | | | | |
| Fiscal year ending on | | 12/31/2014 | 12/31/2013 | 12/31/2012 |



**C. Reconciliation of funded status**

| | | | |
|---|---|---|---|
| 1. Fair value of plan assets | 19,351,511,073 | 18,822,274,060 | 16,732,892,931 |
| 2. Benefit obligation | 25,744,987,866 | 22,157,540,300 | 23,836,047,061 |
| 3. Funded status (plan assets less benefit obligations) | (6,393,476,793) | (3,335,266,240) | (7,103,154,130) |
| 4. Contributions and distributions made by company from measurement date to fiscal year end | - | - | - |
| 5. Transition obligation (asset) | N/A | N/A | N/A |
| 6. Prior service cost (credit) | N/A | N/A | N/A |
| 7. Net actuarial loss (gain) | N/A | N/A | N/A |
| 8. Net amount [asset (obligation)] recognized in statement of financial position | (6,393,476,793) | (3,335,266,240) | (7,103,154,130) |

**D. Amounts recognized in the statement of financial position consist of:**

| | | | |
|---|---|---|---|
| 1. Noncurrent assets | - | 82,193,541 | - |
| 2. Current liabilities | (97,516,452) | (74,051,182) | (68,891,394) |
| 3. Noncurrent liabilities | (6,295,960,341) | (3,343,408,599) | (7,034,262,736) |
| 4. Net amount [asset (obligation)] recognized in statement of financial position | (6,393,476,793) | (3,335,266,240) | (7,103,154,130) |

**E. Reconciliation of amounts recognized in statement of financial position**

| | | | |
|---|---|---|---|
| 1. Initial net asset (obligation) | - | - | - |
| 2. Prior service credit (cost) | (47,305,697) | (46,791,613) | (59,752,067) |
| 3. Net gain (loss) | (11,150,419,415) | (7,775,592,215) | (11,723,063,838) |
| 4. Total recognized in accumulated other comprehensive income (loss) | (11,197,725,112) | (7,822,383,828) | (11,782,815,905) |
| 5. Accumulated contributions in excess of net periodic benefit cost | 4,804,248,319 | 4,487,117,588 | 4,679,661,775 |
| 6. Net amount [surplus (deficit)] recognized in statement of financial position | (6,393,476,793) | (3,335,266,240) | (7,103,154,130) |

**F. Components of net periodic benefit cost**

| | | | |
|---|---|---|---|
| 1. Service cost | 438,067,682 | 566,525,540 | 502,553,354 |
| 2. Interest cost | 1,092,422,046 | 963,004,648 | 1,013,001,022 |
| 3. Expected return on plan assets | (1,526,094,533) | (1,447,265,587) | (1,378,141,395) |
| 4. Amortization of initial net obligation (asset) | | | |
| 5. Amortization of prior service cost | 11,290,320 | 12,960,454 | 13,811,656 |
| 6. Amortization of net (gain) loss | 887,903,969 | 1,140,355,086 | 932,397,645 |
| 7. Curtailment (gain) / loss recognized | | | |
| 8. Settlement (gain) / loss recognized | - | 947,572 | 1,632,014 |
| 9. Special termination benefit recognized | - | - | - |
| 10. Net periodic benefit cost | 903,589,484 | 1,236,527,713 | 1,085,254,296 |

RTN-Cruz-00000422

| Plan Name: | Sub-Total - US DB Non-Qualified Pension Plans | All Plans | | |
|---|---|---|---|---|
| Country | | | | |
| Fiscal year ending on | | 12/31/2014 | 12/31/2013 | 12/31/2012 |

**G. Changes recognized in other comprehensive income**
*Changes in plan assets and benefit obligations recognized in other comprehensive income*

| | | | | |
|---|---|---|---|---|
| 1. Initial net obligation (asset) arising during the period | | - | - | - |
| 2. Prior service cost (credit) arising during the period | | 11,804,404 | - | 2,111,738 |
| 3. Net loss (gain) arising during the period | | 4,262,731,169 | (2,807,116,537) | 2,167,744,740 |

*Amounts recognized as a component of net periodic benefit cost*

| | | | | |
|---|---|---|---|---|
| 4. Amortization of initial net asset (obligation) | | - | - | - |
| 5. Amortization of prior service credit (cost) | | (11,290,320) | (12,960,454) | (13,811,656) |
| 6. Amortization of net gain (loss) | | (887,903,969) | (1,140,355,086) | (932,397,645) |
| 7. Effect of exchange rates on amounts included in AOCI | | - | - | - |
| 8. Total recognized in other comprehensive loss (income) | | 3,375,341,284 | (3,960,432,077) | 1,223,647,177 |
| 9. Total recognized in net periodic benefit and other comprehensive loss (income) | | 4,278,930,768 | (2,723,904,364) | 2,308,901,473 |

*Estimated amounts that will be amortized from accumulated other comprehensive income over the next fiscal year*

| | | | | |
|---|---|---|---|---|
| 10. Initial net asset (obligation) | | - | | |
| 11. Prior service credit (cost) | | (10,787,141) | | |
| 12. Net gain (loss) | | (1,121,448,889) | | |
| | | (1,132,236,030) | | |

**H. Weighted-average assumptions to determine benefit obligations**

| | | | | |
|---|---|---|---|---|
| 1. Discount rate | | 4.08% | 5.08% | 4.15% |
| 2. Rate of compensation increase | | 4.50% | 4.50% | 4.50% |
| 3. Measurement date | | 12/31/2014 | 12/31/2013 | 12/31/2012 |

**I. Weighted-average assumptions to determine net cost**

| | | | | |
|---|---|---|---|---|
| 1. Discount rate | | 5.08% | 4.15% | 5.00% |
| 2. Expected long-term rate of return on plan assets during fiscal year | | 8.75% | 8.75% | 8.75% |
| 3. Rate of compensation increase | | 4.50% | 4.50% | 4.50% |

**J. Additional year-end information**
*Required information for all defined benefit plans*

| | | | | |
|---|---|---|---|---|
| 1. Accumulated benefit obligation | | 23,410,677,240 | 20,251,101,777 | 21,486,284,221 |

**K. Additional year-end information for plans with accumulated benefit obligations in excess of plan assets**

| | | | | |
|---|---|---|---|---|
| 1. Projected benefit obligation | | 25,744,987,866 | 20,798,701,562 | 23,836,047,061 |
| 2. Accumulated benefit obligation | | 23,410,677,240 | 18,913,948,026 | 21,486,284,221 |
| 3. Fair value of plan assets | | 19,351,511,073 | 17,398,148,151 | 16,732,892,931 |

**L. Additional year-end information for plans with projected benefit obligations in excess of plan assets**

| | | | | |
|---|---|---|---|---|
| 1. Projected benefit obligation | | 25,744,987,866 | 21,458,293,423 | 23,836,047,061 |
| 2. Fair value of plan assets | | 19,351,511,073 | 18,040,833,642 | 16,732,892,931 |

**M. Cash flows**

| | Year Ending | | |
|---|---|---|---|
| 1. Expected employer contributions | 12/31/2015 | 310,530,452 | |
| 2. Expected benefit payments for fiscal year ending | 12/31/2015 | 1,750,461,676 | |
| | 12/31/2016 | 1,727,873,805 | |
| | 12/31/2017 | 1,692,815,517 | |
| | 12/31/2018 | 1,627,503,329 | |
| | 12/31/2019 | 1,375,855,295 | |
| | Next 5 Years | 7,600,937,286 | |

CONFIDENTIAL

RTN-Cruz-00000423

| Plan Name: | All Pension Plans - US and Non-US | | |
| --- | --- | --- | --- |
| Country | | | |
| Fiscal year ending on | 12/31/2014 | 12/31/2013 | 12/31/2012 |

*Currency Information*

| | | | |
| --- | --- | --- | --- |
| 1. Local currency: | $ | $ | $ |
| 2. Reporting currency: | $ | $ | $ |
| 3. Units of local currency equal to 1 unit of reporting currency | | | |
|   a. Beginning of year reporting exchange rate used | 1.00000 | 1.00000 | 1.00000 |
|   b. Average reporting exchange rate used | 1.00000 | 1.00000 | 1.00000 |
|   c. End of year reporting exchange rate used | 1.00000 | 1.00000 | 1.00000 |

**A. Change in benefit obligation**

| | | | |
| --- | --- | --- | --- |
| 1. Benefit obligation at beginning of year | 22,970,323,453 | 24,656,520,890 | 21,613,447,808 |
| 2. Service cost | 448,323,958 | 578,401,008 | 515,462,546 |
| 3. Interest cost | 1,128,333,076 | 996,017,309 | 1,047,459,016 |
| 4. Employee contributions | 11,676,884 | 15,677,404 | 17,718,777 |
| 5. Plan amendments | 11,804,404 | - | 2,111,738 |
| 6. Plan curtailments | - | (873,986) | (1,565,005) |
| 7. Plan settlements | (4,488,754) | (4,717,614) | (3,141,946) |
| 8. Special termination benefits | - | - | 363,855 |
| 9. Benefits paid | (1,881,841,642) | (1,473,409,868) | (1,233,460,880) |
| 10. Medicare subsidies received | - | - | - |
| 11. Expenses paid | (4,620) | (7,206) | (7,219) |
| 12. Taxes paid | (144,337) | (267,279) | (234,660) |
| 13. Premiums paid | (37,292) | (42,101) | (47,264) |
| 14. Net transfer in/(out) (including the effect of any business combinations/divestitures) | - | - | - |
| 15. Effect of plan combinations | - | - | 840,106 |
| 16. Actuarial loss (gain) | 4,007,143,126 | (1,797,561,477) | 2,668,713,272 |
| 17. Exchange rate changes | (42,163,263) | 586,373 | 28,860,746 |
| 18. Benefit obligation at end of year | 26,648,924,993 | 22,970,323,453 | 24,656,520,890 |

**B. Change in plan assets**

| | | | |
| --- | --- | --- | --- |
| 1. Fair value of plan assets at beginning of year | 19,628,543,888 | 17,449,458,451 | 15,552,510,396 |
| 2. Actual return on plan assets | 1,254,508,628 | 2,562,846,519 | 1,868,255,645 |
| 3. Employer contributions | 1,249,899,279 | 1,077,805,524 | 1,221,099,956 |
| 4. Employee contributions | 11,676,884 | 15,677,404 | 17,718,777 |
| 5. Plan settlements | (4,488,754) | (5,129,818) | (3,443,361) |
| 6. Special termination benefits | - | - | - |
| 7. Benefits paid | (1,881,841,642) | (1,473,409,868) | (1,233,460,880) |
| 8. Medicare subsidies received | - | - | - |
| 9. Expenses paid | (4,620) | (7,206) | (7,219) |
| 10. Taxes paid | (144,337) | (267,279) | (234,660) |
| 11. Premiums paid | (37,292) | (42,101) | (47,264) |
| 12. Net transfers in/(out) | - | - | - |
| 13. Effect of plan combinations | - | 286,238 | 529,321 |
| 14. Adjustments | - | - | - |
| 15. Exchange rate changes | (37,765,182) | 1,326,024 | 26,537,740 |
| 16. Fair value of plan assets at end of year | 20,220,346,852 | 19,628,543,888 | 17,449,458,451 |

**Mercer**

1/21/2015 2:29 PM

CONFIDENTIAL

RTN-Cruz-00000449

| Plan Name: | | | |
|---|---|---|---|
| | All Pension Plans - US and Non-US | | |
| Country | | | |
| Fiscal year ending on | 12/31/2014 | 12/31/2013 | 12/31/2012 |
| **C. Reconciliation of funded status** | | | |
| 1. Fair value of plan assets | 20,220,346,852 | 19,628,543,888 | 17,449,458,451 |
| 2. Benefit obligation | 26,648,924,993 | 22,970,323,453 | 24,656,520,890 |
| 3. Funded status (plan assets less benefit obligations) | (6,428,578,141) | (3,341,779,565) | (7,207,062,439) |
| 4. Contributions and distributions made by company from measurement date to fiscal year end | - | - | - |
| 5. Transition obligation (asset) | N/A | N/A | N/A |
| 6. Prior service cost (credit) | N/A | N/A | N/A |
| 7. Net actuarial loss (gain) | N/A | N/A | N/A |
| 8. Net amount [asset (obligation)] recognized in statement of financial position | (6,428,578,141) | (3,341,779,565) | (7,207,062,439) |
| **D. Amounts recognized in the statement of financial position consist of:** | | | |
| 1. Noncurrent assets | 28,378,943 | 119,376,264 | - |
| 2. Current liabilities | (97,666,926) | (74,202,926) | (69,033,149) |
| 3. Noncurrent liabilities | (6,359,290,158) | (3,386,952,903) | (7,138,029,290) |
| 4. Net amount [asset (obligation)] recognized in statement of financial position | (6,428,578,141) | (3,341,779,565) | (7,207,062,439) |
| **E. Reconciliation of amounts recognized in statement of financial position** | | | |
| 1. Initial net asset (obligation) | - | - | - |
| 2. Prior service credit (cost) | (18,349,722) | (12,724,588) | (21,915,275) |
| 3. Net gain (loss) | (11,324,717,684) | (7,892,046,642) | (11,912,926,647) |
| 4. Total recognized in accumulated other comprehensive income (loss) | (11,343,067,406) | (7,904,771,230) | (11,934,841,922) |
| 5. Accumulated contributions in excess of net periodic benefit cost | 4,914,489,265 | 4,562,991,665 | 4,727,779,483 |
| 6. Net amount [surplus (deficit)] recognized in statement of financial position | (6,428,578,141) | (3,341,779,565) | (7,207,062,439) |
| **F. Components of net periodic benefit cost** | | | |
| 1. Service cost | 448,323,958 | 578,401,008 | 515,462,546 |
| 2. Interest cost | 1,128,333,076 | 996,017,309 | 1,047,459,016 |
| 3. Expected return on plan assets | (1,581,468,597) | (1,494,674,174) | (1,422,199,691) |
| 4. Amortization of initial net obligation (asset) | - | - | - |
| 5. Amortization of prior service cost | 7,127,912 | 9,013,847 | 9,814,822 |
| 6. Amortization of net (gain) loss | 891,512,366 | 1,150,452,719 | 938,732,370 |
| 7. Curtailment (gain) / loss recognized | - | - | - |
| 8. Settlement (gain) / loss recognized | 999,447 | 1,937,656 | 2,906,616 |
| 9. Special termination benefit recognized | - | - | 363,855 |
| 10. Net periodic benefit cost | 894,828,162 | 1,241,148,365 | 1,092,539,534 |

CONFIDENTIAL

RTN-Cruz-00000450

| Plan Name: | | | |
|---|---|---|---|
| | | All Pension Plans - US and Non-US | |
| Country | | | |
| Fiscal year ending on | 12/31/2014 | 12/31/2013 | 12/31/2012 |
| **G. Changes recognized in other comprehensive income** | | | |
| *Changes in plan assets and benefit obligations recognized in other comprehensive income* | | | |
| 1. Initial net obligation (asset) arising during the period | - | - | - |
| 2. Prior service cost (credit) arising during the period | 11,804,404 | - | 2,111,738 |
| 3. Net loss (gain) arising during the period | 4,334,103,093 | (2,867,555,382) | 2,219,460,301 |
| 4. Effect of exchange rates | (7,971,596) | (2,184,625) | 5,000,169 |
| *Amounts recognized as a component of net periodic benefit cost* | | | |
| 5. Amortization of initial net asset (obligation) | - | - | - |
| 6. Amortization of prior service credit (cost) | (7,127,912) | (9,013,847) | (9,814,822) |
| 7. Amortization of net gain (loss) | (892,511,813) | (1,151,030,600) | (939,705,557) |
| 8. Total recognized in other comprehensive loss (income) | 3,438,296,176 | (4,029,784,454) | 1,277,051,829 |
| 9. Total recognized in net periodic benefit and other comprehensive loss (income) | 4,333,124,338 | (2,788,636,089) | 2,369,591,363 |
| *Estimated amounts that will be amortized from accumulated other comprehensive income over the next fiscal year* | | | |
| 10. Initial net asset (obligation) | - | | |
| 11. Prior service credit (cost) | (6,817,015) | | |
| 12. Net gain (loss) | (1,129,522,119) | | |
| | (1,136,339,134) | | |
| **H. Weighted-average assumptions to determine benefit obligations** | | | |
| 1. Discount rate | 4.06% | 5.06% | 4.15% |
| 2. Rate of compensation increase | 4.40% | 4.39% | 4.40% |
| 3. Measurement date | 12/31/2014 | 12/31/2013 | 12/31/2012 |
| **I. Weighted-average assumptions to determine net cost** | | | |
| 1. Discount rate | 5.06% | 4.15% | 5.00% |
| 2. Expected long-term rate of return on plan assets during fiscal year | 8.67% | 8.67% | 8.68% |
| 3. Rate of compensation increase | 4.40% | 4.40% | 4.40% |
| **J. Additional year-end information** | | | |
| *Required information for all defined benefit plans* | | | |
| 1. Accumulated benefit obligation | 24,298,214,500 | 21,049,665,039 | 22,288,435,348 |
| **K. Additional year-end information for plans with accumulated benefit obligations in excess of plan assets** | | | |
| 1. Projected benefit obligation | 25,862,255,189 | 20,869,190,184 | 24,614,731,023 |
| 2. Accumulated benefit obligation | 23,520,157,040 | 18,979,682,748 | 22,251,847,761 |
| 3. Fair value of plan assets | 19,405,918,030 | 17,424,940,725 | 17,410,784,788 |
| **L. Additional year-end information for plans with projected benefit obligations in excess of plan assets** | | | |
| 1. Projected benefit obligation | 25,915,817,989 | 21,528,782,045 | 24,656,520,890 |
| 2. Fair value of plan assets | 19,458,860,906 | 18,067,626,216 | 17,449,458,451 |

CONFIDENTIAL

RTN-Cruz-00000451

Plan Name:

Country

| | All Pension Plans - US and Non-US | | |
|---|---|---|---|

| Fiscal year ending on | 12/31/2014 | 12/31/2013 | 12/31/2012 |
|---|---|---|---|
| **M. Cash flows** | Year Ending | | |
| 1. Expected employer contributions | 12/31/2015 | 337,612,601 | |
| 2. Expected benefit payments for fiscal year ending | 12/31/2015 | 1,781,795,242 | |
| | 12/31/2016 | 1,758,670,492 | |
| | 12/31/2017 | 1,724,287,450 | |
| | 12/31/2018 | 1,659,849,505 | |
| | 12/31/2019 | 1,410,152,922 | |
| | Next 5 Years | 7,785,732,320 | |

CONFIDENTIAL

RTN-Cruz-00000452