# UNITED STATES DISTRICT COURT
# OF MASSACHUSETTS

| | |
|---|---|
| Johnny Cruz, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>        vs.<br><br>Raytheon Company, Kelly B. Lappin, in her capacity as Plan Administrator for the Raytheon Company Pension Plan for Hourly Employees,  the Raytheon Company Pension Plan for Salaried Employees, the Raytheon Non-Bargaining Retirement Plan, the Raytheon Bargaining Retirement Plan, and the Raytheon Retirement Plan for Engineers & Contractors, Inc. and Aircraft Credit Employees, and John/Jane Does 1-10.<br><br>   Defendants. | Civil Action No.:  1:19-cv-11425<br><br><br><br><br><br><br><br><br><br><br><br><br><br>SEPTEMBER 4, 2020 |

# EXHIBIT 5

## Raytheon Hourly Plans

Bloomberg Finance LP Fixed Income Research Bond Universe / Pricing Date: 12/31/2014

The fixed income data in this document is the property of Bloomberg Finance LP ("Bloomberg"), and is being used with permission for the sole purpose of documenting reasonability of a discount rate estimate prepared using the Mercer Bond Model.  Use of this information for any other purpose or redistribution to any other party is st[rictly prohibited]. Neither Bloomberg nor Mercer make any warranties, express or implied, about the accuracy of this data nor its fitness for a particular purpose or use.

| CUSIP | Issuer | Price | Yield | Coupon | Annual Yield | Year | Issues Purchased | Cost | 2015 | 2016 |
|---|---|---|---|---|---|---|---|---|---|---|
| 12591DAD3 | CNOOC FINANCE 2014 ULC | 107.802 | 4.398 | 4.875 | 4.446 | 2044 | 233,457 | 253,600,047 | 5,694,302 | 11,424,461 |
| 12625GAD6 | CNOOC FINANCE 2013 LTD | 97.702 | 4.392 | 4.250 | 4.440 | 2043 | 8,053 | 7,917,733 | 171,231 | 343,496 |
| 168863BP2 | REPUBLIC OF CHILE | 90.498 | 4.208 | 3.625 | 4.252 | 2043 | 19,445 | 17,720,480 | 352,678 | 707,598 |
| 404280AM1 | HSBC HOLDINGS PLC | 133.863 | 4.031 | 6.100 | 4.072 | 2042 | 28,679 | 39,201,678 | 876,292 | 1,760,771 |
| 21685WCJ4 | RABOBANK NEDERLAND | 119.735 | 4.028 | 5.250 | 4.069 | 2041 | 1,183 | 1,422,539 | 31,060 | 62,293 |
| 268317AC8 | ELECTRICITE DE FRANCE SA | 135.765 | 4.501 | 6.950 | 4.552 | 2039 | 94,126 | 130,607,039 | 3,276,412 | 6,582,303 |
| 36959CAA6 | GENERAL ELEC CAP CORP | 142.464 | 4.358 | 7.500 | 4.405 | 2036 | 105,653 | 153,467,386 | 3,967,785 | 7,968,874 |
| 549271AF1 | LUBRIZOL CORP | 129.406 | 4.278 | 6.500 | 4.324 | 2035 | 35,611 | 46,674,057 | 1,158,511 | 2,325,349 |
| 65334HAA0 | NEXEN ENERGY ULC | 142.561 | 4.336 | 7.875 | 4.383 | 2032 | 110,914 | 160,716,159 | 4,372,330 | 8,777,969 |
| 448814DL4 | HYDRO-QUEBEC | 164.403 | 3.983 | 9.500 | 4.023 | 2031 | 36,191 | 59,947,413 | 1,719,937 | 3,450,013 |
| 448814DF7 | HYDRO-QUEBEC | 161.894 | 3.942 | 9.375 | 3.981 | 2030 | 34,195 | 56,036,463 | 1,604,219 | 3,219,230 |
| 448814DB6 | HYDRO-QUEBEC | 152.792 | 3.831 | 8.625 | 3.868 | 2029 | 33,468 | 51,257,346 | 1,443,561 | 2,894,307 |
| 656531AM2 | STATOIL ASA | 137.135 | 3.586 | 7.250 | 3.618 | 2028 | 32,524 | 45,263,919 | 1,180,308 | 2,369,404 |
| 448814CT8 | HYDRO-QUEBEC | 143.213 | 3.752 | 8.250 | 3.787 | 2027 | 29,919 | 43,985,762 | 1,236,383 | 2,484,282 |
| 665772BN8 | NORTHERN STATES PWR-MINN | 131.429 | 3.515 | 7.125 | 3.546 | 2026 | 28,715 | 38,762,665 | 1,024,989 | 2,059,935 |
| 85771PAX0 | STATOIL ASA | 99.819 | 3.271 | 3.250 | 3.298 | 2025 | 27,208 | 27,286,131 | 442,375 | 887,421 |
| 89153VAL3 | TOTAL CAPITAL INTL SA | 103.821 | 3.268 | 3.750 | 3.295 | 2024 | 25,065 | 26,234,027 | 470,380 | 943,992 |
| 219868BS4 | CORP ANDINA DE FOMENTO | 108.003 | 3.159 | 4.375 | 3.184 | 2022 | 43,686 | 47,261,979 | 955,790 | 1,916,338 |
| 669827DJ3 | NOVA SCOTIA PROVINCE | 131.359 | 2.690 | 9.250 | 2.708 | 2020 | 30,896 | 41,544,881 | 1,430,812 | 2,873,099 |
| 219868BN5 | CORP ANDINA DE FOMENTO | 122.921 | 2.592 | 8.125 | 2.609 | 2019 | 9,386 | 11,592,350 | 381,411 | 764,841 |
| 500630BY3 | KOREA DEVELOPMENT BANK | 98.668 | 1.953 | 1.500 | 1.963 | 2018 | 6,630 | 6,585,421 | 49,810 | 100,073 |
| 500630BU1 | KOREA DEVELOPMENT BANK | 104.820 | 1.752 | 3.875 | 1.760 | 2017 | 3,988 | 4,205,130 | 77,324 | 155,125 |
| 16937MAC9 | CHINA DEVELOPMENT BANK | 102.935 | 1.182 | 5.000 | 1.185 | 2016 | 2,175 | 2,262,337 | 54,413 | 2,243,613 |
| 302154AU3 | EXPORT-IMPORT BK KOREA | 100.115 | 0.677 | 5.875 | 0.678 | 2015 | 31,619 | 32,517,441 | 32,607,412 | |
| Total | Portfolio Yield | | | | 4.178% | | | 1,306,070,385 | 64,579,726 | 66,314,787 |
| Benefits | | | | | | | | | 64,579,726 | 66,314,787 |
| Net | Benefits Past 2044 Discounted at | | | | 4.30% | | | | (0) | 0 |
| Forward Rate | | | | | | | | | 0.393% | 0.911% |
| C-F Balance | | | | | | | | | (0) | 0 |

CONFIDENTIAL                                                                                                                                                        RTN-Cruz-00001343

or verifying the
rictly prohibited.

| CUSIP | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|---|---|---|
| 12591DAD3 | 11,448,382 | 11,468,469 | 11,484,993 | 11,498,767 | 11,510,423 | 11,520,412 | 11,529,060 | 11,536,605 | 11,543,229 |
| 12625GAD6 | 344,172 | 344,740 | 345,207 | 345,597 | 345,926 | 346,208 | 346,453 | 346,666 | 346,853 |
| 168863BP2 | 709,099 | 710,360 | 711,397 | 712,261 | 712,993 | 713,619 | 714,162 | 714,636 | 715,051 |
| 404280AM1 | 1,767,046 | 1,772,321 | 1,776,664 | 1,780,287 | 1,783,355 | 1,785,985 | 1,788,263 | 1,790,252 | 1,791,998 |
| 21685WCJ4 | 62,403 | 62,495 | 62,571 | 62,634 | 62,687 | 62,733 | 62,773 | 62,807 | 62,838 |
| 268317AC8 | 6,604,664 | 6,623,460 | 6,638,933 | 6,651,840 | 6,662,767 | 6,672,136 | 6,680,251 | 6,687,333 | 6,693,553 |
| 36959CAA6 | 7,993,624 | 8,014,423 | 8,031,542 | 8,045,819 | 8,057,906 | 8,068,267 | 8,077,240 | 8,085,072 | 8,091,948 |
| 549271AF1 | 2,331,217 | 2,336,146 | 2,340,202 | 2,343,583 | 2,346,445 | 2,348,897 | 2,351,021 | 2,352,874 | 2,354,502 |
| 65334HAA0 | 8,801,945 | 8,822,088 | 8,838,663 | 8,852,484 | 8,864,183 | 8,874,210 | 8,882,893 | 8,890,470 | 8,897,123 |
| 448814DL4 | 3,456,567 | 3,462,071 | 3,466,598 | 3,470,371 | 3,473,564 | 3,476,300 | 3,478,668 | 3,480,735 | 3,482,549 |
| 448814DF7 | 3,226,640 | 3,232,863 | 3,237,983 | 3,242,251 | 3,245,863 | 3,248,958 | 3,251,638 | 3,253,977 | 3,256,030 |
| 448814DB6 | 2,898,523 | 2,902,062 | 2,904,973 | 2,907,399 | 2,909,451 | 2,911,210 | 2,912,732 | 2,914,060 | 2,915,226 |
| 656531AM2 | 2,375,678 | 2,380,950 | 2,385,287 | 2,388,904 | 2,391,965 | 2,394,588 | 2,396,860 | 2,398,842 | 2,400,583 |
| 448814CT8 | 2,493,101 | 2,500,514 | 2,506,618 | 2,511,710 | 2,516,021 | 2,519,717 | 2,522,919 | 2,525,714 | 2,528,168 |
| 665772BN8 | 2,067,645 | 2,074,127 | 2,079,464 | 2,083,917 | 2,087,688 | 2,090,922 | 2,093,723 | 2,096,167 | 2,098,315 |
| 85771PAX0 | 889,168 | 890,636 | 891,843 | 892,849 | 893,700 | 894,429 | 895,061 | 895,612 | 28,255,946 |
| 89153VAL3 | 946,230 | 948,110 | 949,657 | 950,946 | 952,037 | 952,973 | 953,782 | 26,202,066 | |
| 219868BS4 | 1,919,129 | 1,921,472 | 1,923,399 | 1,925,006 | 1,926,365 | 45,666,409 | | | |
| 669827DJ3 | 2,881,505 | 2,888,567 | 2,894,380 | 34,050,322 | | | | | |
| 219868BN5 | 766,072 | 767,105 | 10,168,562 | | | | | | |
| 500630BY3 | 100,419 | 6,784,082 | | | | | | | |
| 500630BU1 | 4,152,742 | | | | | | | | |
| 16937MAC9 | | | | | | | | | |
| 302154AU3 | | | | | | | | | |
| | | | | | | | | | |
| Total | 68,235,970 | 70,907,062 | 73,638,935 | 94,716,946 | 60,743,337 | 104,547,975 | 58,937,498 | 84,233,890 | 85,433,912 |
| Benefits | 68,235,970 | 70,907,062 | 73,638,935 | 76,731,558 | 79,174,625 | 81,264,246 | 82,905,278 | 84,233,890 | 85,433,912 |
| Net | (0) | 0 | (0) | 17,985,388 | (18,431,288) | 23,283,729 | (23,967,780) | 0 | 0 |
| Forward Rate | 1.415% | 1.839% | 2.188% | 2.479% | 2.726% | 2.938% | 3.121% | 3.282% | 3.422% |
| C-F Balance | (0) | 0 | (0) | 17,985,388 | (0) | 23,283,729 | 0 | 0 | 0 |

| CUSIP | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 |
|---|---|---|---|---|---|---|---|---|---|
| 12591DAD3 | 11,549,070 | 11,554,235 | 11,558,811 | 11,562,866 | 11,566,457 | 11,569,630 | 11,572,424 | 11,574,871 | 11,576,999 |
| 12625GAD6 | 347,019 | 347,165 | 347,294 | 347,408 | 347,510 | 347,600 | 347,679 | 347,748 | 347,808 |
| 168863BP2 | 715,418 | 715,742 | 716,029 | 716,284 | 716,509 | 716,708 | 716,884 | 717,037 | 717,171 |
| 404280AM1 | 1,793,538 | 1,794,901 | 1,796,108 | 1,797,178 | 1,798,126 | 1,798,964 | 1,799,702 | 1,800,348 | 1,800,910 |
| 21685WCJ4 | 62,865 | 62,888 | 62,909 | 62,928 | 62,944 | 62,959 | 62,972 | 62,983 | 62,993 |
| 268317AC8 | 6,699,038 | 6,703,890 | 6,708,189 | 6,712,000 | 6,715,375 | 6,718,358 | 6,720,984 | 6,723,285 | 6,725,287 |
| 36959CAA6 | 8,098,013 | 8,103,377 | 8,108,129 | 8,112,341 | 8,116,072 | 8,119,369 | 8,122,273 | 8,124,816 | 8,127,028 |
| 549271AF1 | 2,355,936 | 2,357,205 | 2,358,329 | 2,359,326 | 2,360,208 | 2,360,988 | 2,361,674 | 2,362,276 | 2,362,798 |
| 65334HAA0 | 8,902,989 | 8,908,178 | 8,912,775 | 8,916,849 | 8,920,457 | 8,923,646 | 121,154,955 | | |
| 448814DL4 | 3,484,148 | 3,485,563 | 3,486,816 | 3,487,926 | 3,488,910 | 38,855,218 | | | |
| 448814DF7 | 3,257,840 | 3,259,441 | 3,260,860 | 3,262,117 | 37,736,715 | | | | |
| 448814DB6 | 2,916,254 | 2,917,163 | 2,917,968 | 36,439,691 | | | | | |
| 656531AM2 | 2,402,118 | 2,403,475 | 34,686,940 | | | | | | |
| 448814CT8 | 2,530,332 | 32,950,594 | | | | | | | |
| 665772BN8 | 30,792,678 | | | | | | | | |
| 85771PAX0 | | | | | | | | | |
| 89153VAL3 | | | | | | | | | |
| 219868BS4 | | | | | | | | | |
| 669827DJ3 | | | | | | | | | |
| 219868BN5 | | | | | | | | | |
| 500630BY3 | | | | | | | | | |
| 500630BU1 | | | | | | | | | |
| 16937MAC9 | | | | | | | | | |
| 302154AU3 | | | | | | | | | |
| | | | | | | | | | |
| Total | 85,907,257 | 85,563,818 | 84,921,157 | 83,776,914 | 81,829,283 | 79,473,439 | 152,859,545 | 31,713,364 | 31,720,993 |
| Benefits | 85,907,257 | 85,563,818 | 84,921,157 | 83,776,914 | 81,829,283 | 79,473,439 | 76,713,356 | 73,665,549 | 70,520,736 |
| Net | 0 | 0 | (0) | (0) | 0 | (0) | 76,146,190 | (41,952,185) | (38,799,743) |
| Forward Rate | 3.547% | 3.656% | 3.754% | 3.840% | 3.917% | 3.984% | 4.044% | 4.096% | 4.141% |
| C-F Balance | 0 | 0 | 0 | (0) | 0 | 0 | 76,146,190 | 37,273,103 | (0) |

| CUSIP | 2035 | 2036 | 2037 | 2038 | 2039 | 2040 | 2041 | 2042 | 2043 |
|---|---|---|---|---|---|---|---|---|---|
| 12591DAD3 | 11,578,831 | 11,580,387 | 11,581,685 | 11,582,739 | 11,583,563 | 11,584,168 | 11,584,565 | 11,584,764 | 11,584,773 |
| 12625GAD6 | 347,860 | 347,904 | 347,940 | 347,970 | 347,993 | 348,011 | 348,022 | 348,027 | 8,450,590 |
| 168863BP2 | 717,286 | 717,384 | 717,465 | 717,531 | 717,583 | 717,621 | 717,646 | 717,658 | 20,368,794 |
| 404280AM1 | 1,801,394 | 1,801,805 | 1,802,147 | 1,802,426 | 1,802,643 | 1,802,803 | 1,802,908 | 31,048,134 | |
| 21685WCJ4 | 63,001 | 63,008 | 63,014 | 63,019 | 63,023 | 63,025 | 1,250,902 | | |
| 268317AC8 | 6,727,009 | 6,728,473 | 6,729,693 | 6,730,685 | 102,571,974 | | | | |
| 36959CAA6 | 8,128,932 | 113,633,013 | | | | | | | |
| 549271AF1 | 37,923,613 | | | | | | | | |
| 65334HAA0 | | | | | | | | | |
| 448814DL4 | | | | | | | | | |
| 448814DF7 | | | | | | | | | |
| 448814DB6 | | | | | | | | | |
| 656531AM2 | | | | | | | | | |
| 448814CT8 | | | | | | | | | |
| 665772BN8 | | | | | | | | | |
| 85771PAX0 | | | | | | | | | |
| 89153VAL3 | | | | | | | | | |
| 219868BS4 | | | | | | | | | |
| 669827DJ3 | | | | | | | | | |
| 219868BN5 | | | | | | | | | |
| 500630BY3 | | | | | | | | | |
| 500630BU1 | | | | | | | | | |
| 16937MAC9 | | | | | | | | | |
| 302154AU3 | | | | | | | | | |
| Total | 67,287,926 | 134,871,973 | 21,241,945 | 21,244,369 | 117,086,779 | 14,515,628 | 15,704,043 | 43,698,583 | 40,404,156 |
| Benefits | 67,287,926 | 63,970,465 | 60,608,622 | 57,230,696 | 53,831,721 | 50,431,326 | 47,041,684 | 43,698,583 | 40,404,156 |
| Net | (0) | 70,901,509 | (39,366,677) | (35,986,327) | 63,255,057 | (35,915,698) | (31,337,641) | 0 | (0) |
| Forward Rate | 4.180% | 4.213% | 4.241% | 4.264% | 4.281% | 4.294% | 4.303% | 4.307% | 4.307% |
| C-F Balance | (0) | 70,901,509 | 34,522,209 | 0 | 63,255,057 | 30,047,393 | 0 | 0 | (0) |

| CUSIP | 2044 |
|---|---|
| 12591DAD3 | 246,714,496 |
| 12625GAD6 | |
| 168863BP2 | |
| 404280AM1 | |
| 21685WCJ4 | |
| 268317AC8 | |
| 36959CAA6 | |
| 549271AF1 | |
| 65334HAA0 | |
| 448814DL4 | |
| 448814DF7 | |
| 448814DB6 | |
| 656531AM2 | |
| 448814CT8 | |
| 665772BN8 | |
| 85771PAX0 | |
| 89153VAL3 | |
| 219868BS4 | |
| 669827DJ3 | |
| 219868BN5 | |
| 500630BY3 | |
| 500630BU1 | |
| 16937MAC9 | |
| 302154AU3 | |
| | |
| Total | 246,714,496 |
| Benefits | <u>246,714,496</u> |
| Net | 0 |
| Forward Rate | 4.303% |
| C-F Balance | 0 |