**UNITED STATES DISTRICT COURT
OF MASSACHUSETTS**

| | |
|---|---|
| Johnny Cruz, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>      vs.<br><br>Raytheon Company, Kelly B. Lappin, in her capacity as Plan Administrator for the Raytheon Company Pension Plan for Hourly Employees, the Raytheon Company Pension Plan for Salaried Employees, the Raytheon Non-Bargaining Retirement Plan, the Raytheon Bargaining Retirement Plan, and the Raytheon Retirement Plan for Engineers & Contractors, Inc. and Aircraft Credit Employees, and John/Jane Does 1-10.<br><br>  Defendants. | Civil Action No.: 1:19-cv-11425<br><br><br><br><br><br><br><br><br><br><br><br><br><br>SEPTEMBER 4, 2020 |

# EXHIBIT 6

**Raytheon**

Raytheon Company
870 Winter Street
Waltham, MA 02451

# Memorandum

| | |
|---|---|
| Date: | February 4, 2015 |
| To: | File |
| cc: | Deborah Tully, Kathleen Donaldson, Kelly Lappin, Linda Foun |
| From: | Kacy Kreiling |
| Subject: | 12/31/2014 Discount Rate Selection |

Annually Raytheon selects the discount rate used for pension and other postretirement employee benefits ("OPEB") plans based upon the following policy:

"The U.S. Discount Rate is set based upon the results of a bond model consisting of a theoretical bond portfolio, developed as of the measurement date, which matches Raytheon's pension liability duration. The results of the bond model will be rounded up or down to the nearest 5 or 10 basis points, with plans with similar profiles grouped together. The basis of rounding and grouping plans will be set to minimize the variability compared to results if plans were treated separately and rounded individually to the nearest 5 basis points.

If rate movements resulting from this policy are outside of market norms, consideration will be given to other existing factors, as appropriate."

In accordance with this policy, Raytheon ran the Mercer bond model with the following results.

| | Bond Model Results | Bond Model Results Rounded to Nearest 5 basis point | Selected Discount Rate |
|---|---|---|---|
| Pension | | | |
| Salaried Plan | 4.139% | 4.15% | 4.15% |
| Nonbargaining Plan | 3.964% | 3.95% | 3.95% |
| Hourly Plan | 4.178% | 4.20% | 4.15% |
| Bargaining Plan | 3.906% | 3.90% | 3.95% |
| RE&C | 4.102% | 4.10% | 4.15% |
| Greenville | N/A | N/A | 4.15% |
| Top Hat | N/A | N/A | 3.95% |
| SuperSERP | N/A | N/A | 4.15% |
| OPEB | | | |
| Retiree Health | 4.003% | 4.00% | 4.00% |
| Retiree Life | 4.180% | 4.20% | 4.20% |

CONFIDENTIAL                                                                                                          RTN-Cruz-00001363

**Analysis**

For pensions, the bond model was run for the five largest U.S. qualified plans (Merged Salaried, Hourly, Non-bargaining, Bargaining and RE&C), which make up approximately 99% of the US qualified pension PBO with Merged Salaried representing ~55%, Non-bargaining representing ~35% and remaining plans representing 1-5% each. The individual bond model results for the five plans range from 3.906% to 4.178%. First each plan's bond model results are rounded to the nearest 5 basis point. Based upon 1/1/2014 liability results, the impact of this methodology is a decrease of approximately $15M on the total obligation. The maximum possible impact of this methodology is ~$80M (+ or -) on the total obligation (i.e. if each individual plan ended up moving 2.5 basis points in the same direction to get from unrounded rate to the rounded to the nearest 5 basis point rate).

Additionally, an analysis is performed to align the selected discount rate for the smaller plans with one of the two largest plans based on the similarity of duration and the proximity of the bond model results, if available. This alignment creates efficiencies with the actuary's model/calculations and minimizes the risk of error (additional detail provided below). Based upon the December 31, 2014 bond model, the net impact of aligning the Hourly, Bargaining, and RE&C plans selected discount rate to those of one of the two largest plans based on duration and proximity of bond model results is approximately $1M on the total obligation. Discount rates for the remaining smaller plans, Greenville, Top Hat and SuperSERP, were selected to align with the discount rate of one of the two largest plans based on similarity of duration.

Based upon the analysis performed, the Company has selected the discount rates detailed in the table above.

For OPEB, the bond model was run for both the Retiree Health Benefits Plan and the Retiree Life Insurance Plan. The individual bond model results for the two plans were 4.003% and 4.180%, respectively. Based upon an approach similar to the pension approach described above, a discount rate of 4.00% and 4.20% were selected respectively, as detailed in the table above.

**Background on Bond Model**

Raytheon's bond model only includes bonds that are rated AA or better by Moody's and callable bonds without a make-whole provision have been excluded. While make-whole bonds are callable, unlike other callable bonds, issuers of make-whole bonds make a lump sum payment based on the net present value of future coupon payments in the event that the bond is called before the bond reaches maturity. The yields of make-whole bonds reflect this provision, making the yields comparable to those of non-callable bonds. In addition, Mercer does not include any bonds that are placed on a watch list for potential downgrade. A subsequent check done by Mercer to date has also confirmed that no bonds in the model have since been placed on a watch list or downgraded.

**Background on grouping plans with similar profiles for discount rate selection**

We recognize that utilizing a common discount rate for plans with similar profiles does not provide the same level of precision as using a separate rate for each individual plan, however, we have adopted this approach to simplify the accounting, reduce the risk of error, reduce the cost of the calculation, and create efficiencies while still achieving a result that is not materially different. Securities and Exchange Commission (SEC) Staff Accounting Bulletin Number 99 – *Materiality* ("SAB 99") (codified by the Financial Accounting Standards Board as Accounting Standards Codification 250-10-S99) permits immaterial differences for accounting convenience as long as the purpose is not to manage earnings or otherwise intentionally mislead investors and the company is in compliance with the Securities Exchange Act of 1934 which states that a SEC registrant "...must make and keep books and records, and accounts, which, in reasonable detail, accurately and fairly reflect the transactions and dispositions of assets of the registrant..."  Given that the difference in methodologies is de minimis to consolidated Raytheon results and its genesis is a recurring process to simplify the accounting, reduce the risk of error, reduce the cost of the calculation, and create

CONFIDENTIAL

RTN-Cruz-00001364

efficiencies in the normal course of business, we do not believe it will cause Raytheon's books to be inaccurate in "reasonable detail."  As a result, Raytheon intends to continue to follow the current estimation process for consolidated financial reporting purposes unless the difference in methodologies becomes significant, as the effort to change methodologies would dramatically outweigh the benefit.  This is in accordance with SAB 99, which states:  "…the books and records provisions of the Exchange Act do not require registrants to make major expenditures to correct small misstatements."

In order to meet Raytheon's reporting timing for year-end disclosure, Mercer has a detailed liability model where results are developed using complex formulas and calculations. Mercer must run liability calculations and input results into the model by legacy component plan (as required by CAS) and sum the pieces to provide results for the six legal plans. As a result of these factors, the model has a large number of inputs as well as formulas, which presents a risk of user input error. Utilizing a common rate between plans reduces the risk of a user/input error. Additionally, utilizing individual plan rates would significantly increase the number of inputs and the time required to input rates into the model, check the inputs, check results and peer review to ensure results are reasonable and accurate.  The incremental cost increase for individual plan rates compared to one or two common rates is estimated to be $10-20K.