# UNITED STATES DISTRICT COURT
# OF MASSACHUSETTS

| | |
|---|---|
| Johnny Cruz, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>      vs.<br><br>Raytheon Company, Kelly B. Lappin, in her capacity as Plan Administrator for the Raytheon Company Pension Plan for Hourly Employees, the Raytheon Company Pension Plan for Salaried Employees, the Raytheon Non-Bargaining Retirement Plan, the Raytheon Bargaining Retirement Plan, and the Raytheon Retirement Plan for Engineers & Contractors, Inc. and Aircraft Credit Employees, and John/Jane Does 1-10.<br><br>  Defendants. | Civil Action No.:  1:19-cv-11425<br><br><br><br><br><br><br><br><br><br><br><br><br><br>SEPTEMBER 4, 2020 |

# EXHIBIT 7

**Raytheon Bond Model (12/31/2014)**

| Pension | PBO @ 4.00% | % of PBO | Mercer Yield Curve Spot Rates for Reinvestment 12/31/2014 | 25bp impact on 12/31/13 PBO $M | PBO Duration | Nearest 5bp | BPs away: nearest 5bp from unrounded | Impact of rounding in $M | 3.95% | 4.15% | Assumption: based upon rounding to nearest large plan | BPs away: Assumption vs individual rounding to nearest 5bps | impact of assumption $M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bargaining | 701,254,779 | 3% | 3.906% | 15.6 | 8.38 | 3.90% | (0.60) | 0.37 | -0.05% | -0.25% | 3.95% | 5.00 | (3.12) |
| Nonbargaining | 8,106,213,055 | 33% | 3.964% | 190.2 | 8.88 | 3.95% | (1.40) | 10.65 | 0.00% | -0.20% | 3.95% | 0.00 | 0.00 |
| Salaried | 13,491,122,768 | 55% | 4.139% | 502.3 | 15.18 | 4.15% | 1.10 | (22.10) | 0.20% | 0.00% | 4.15% | 0.00 | 0.00 |
| RE&C | 748,514,866 | 3% | 4.102% | 20.8 | 11.08 | 4.10% | (0.20) | 0.17 | 0.15% | -0.05% | 4.15% | 5.00 | (4.16) |
| Hourly | 1,337,140,042 | 5% | 4.178% | 40.5 | 12.30 | 4.20% | 2.20 | (3.56) | 0.25% | 0.05% | 4.15% | -5.00 | 8.10 |
| Total with wtd avg rate: | 24,384,245,509 | | 4.075% | 769.4 | | | | (14.47) | | | 4.08% | | 0.8 |
| | | | | | | | | | | | Weighted Average for Disclosure | | |