**UNITED STATES DISTRICT COURT**
**OF MASSACHUSETTS**

| | |
|---|---|
| Johnny Cruz, on behalf of himself and all others similarly situated, | Civil Action No.:  1:19-cv-11425 |
| Plaintiff, | |
| vs. | |
| Raytheon Company, Kelly B. Lappin, in her capacity as Plan Administrator for the Raytheon Company Pension Plan for Hourly Employees,  the Raytheon Company Pension Plan for Salaried Employees, the Raytheon Non-Bargaining Retirement Plan, the Raytheon Bargaining Retirement Plan, and the Raytheon Retirement Plan for Engineers & Contractors, Inc. and Aircraft Credit Employees, and John/Jane Does 1-10. | |
| Defendants. | SEPTEMBER 4, 2020 |

# EXHIBIT 8

**Raytheon**

**Raytheon Company**
870 Winter Street
Waltham, MA 02451

# Memorandum

Date:       January 8, 2014

**To:**      Michael J. Wood

cc:         Deborah Tully, Kathleen Donaldson

**From**:    Madeline Gothie

Subject:    12/31/2013 Mortality Assumption

---

## Executive Summary

Raytheon reviews the economic and demographic assumptions for our pension plans' calculations every year with Mercer, coincident with the preparation of the FYE disclosures.

For Fiscal Year End 2013, based on calculations prepared by Mercer and reviewed by Raytheon, the Company believes it is necessary and appropriate to change the pension plans' mortality assumption is to ensure that the pension obligation reflects the best estimate of anticipated future mortality experience. The revised mortality assumption will be used in the FYE 2013 balance sheet disclosure and for the calculation of FY2014 pension expense.

## Background:

The Society of Actuaries ("SOA") commenced a study in 2010 to review mortality experience against that which would be predicted using their standard mortality table. Although the study has not yet been finalized, the SOA felt it necessary to issue a preliminary report in 2012 that demonstrated that the current standard mortality table (the "RP 2000" mortality table projected using Scale AA), was not tracking well with recent mortality improvement trends in the United States. As a stopgap measure, the SOA issued a new projection scale, called Scale BB, to replace Scale AA, to account for the increase in life expectancy seen in the study, as well as continued improvements that have not been fully analyzed.

The SOA's ultimate goal is to finalize the full study and provide further guidance regarding mortality in 2014. At that point, it is anticipated that the SOA will provide new mortality tables to replace RP 2000 and Scale BB based upon the completed study. Although SOA has stated that the new mortality table will be published in 2014, there are no details of the date, or for the first valuation year in which the mortality table will be effective.

## Analysis

Raytheon periodically analyzes mortality experience of the pension plan population. Over the past few years, the Raytheon pension plans have experienced modest mortality losses; that is, our plan participants are living longer than expected under our current mortality assumption. As can be seen in the attached chart, Raytheon's recent experience matches more closely to RP 2000 projected using Scale BB than with Scale AA. Raytheon has determined that the mortality assumption reflecting the use of projection Scale BB will provide our best estimate of future mortality experience for Raytheon's pension plans. This approach

RTN-Cruz-00001630

incorporates past historical experience of both Raytheon specifically and the US population in general, based upon the preliminary SOA study.  We do not believe that improvements beyond the use of Scale BB are appropriate at this time, given the multiple variables that can impact future mortality patterns and the absence of further guidance from the SOA at this point in time.

**Conclusion**

For Fiscal Year End 2013, Raytheon deems it necessary and appropriate to change the pension plans' mortality assumption to ensure that the pension obligation reflects the best estimate of anticipated future mortality experience.  The mortality assumption will be the RP2000 table projected using Scale BB. Raytheon will review the pension plan mortality experience against the any additional mortality findings when the SOA publishes its final report.

Source: http://www.soa.org/Research/Experience-Study/Pension/research-mortality-improve-bb.aspx

CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL