**UNITED STATES DISTRICT COURT**
**OF MASSACHUSETTS**

| | |
|---|---|
| Johnny Cruz, on behalf of himself and all others similarly situated, | Civil Action No.:  1:19-cv-11425 |
| Plaintiff, | |
| vs. | |
| Raytheon Company, Kelly B. Lappin, in her capacity as Plan Administrator for the Raytheon Company Pension Plan for Hourly Employees,  the Raytheon Company Pension Plan for Salaried Employees, the Raytheon Non-Bargaining Retirement Plan, the Raytheon Bargaining Retirement Plan, and the Raytheon Retirement Plan for Engineers & Contractors, Inc. and Aircraft Credit Employees, and John/Jane Does 1-10. | |
| Defendants. | SEPTEMBER 4, 2020 |

# EXHIBIT 9

**Raytheon**

# Memorandum

Date:        February 4, 2015

To:          File

cc:          Deborah Tully, Kathy Donaldson, Kelly Lappin, Linda Foun

From         Kacy Kreiling

Subject:     Mortality Assumption

---

**Executive Summary**

Raytheon reviews the economic and demographic assumptions for our pension plans' calculations every year with Mercer, coincident with the preparation of the Fiscal Year End ("FYE") disclosures.

For FYE 2014, based on calculations prepared by Mercer and reviewed by the Company, we believe it is necessary and appropriate to change the pension plans' mortality assumption to ensure that the pension obligation reflects our best estimate of anticipated future mortality experience. The selection of the updated mortality assumption is consistent with Actuarial Standards of Practice No. 35 "Selection of Demographic and Other Noneconomic Assumptions for Measuring Pension Obligations". The revised mortality assumption will be used in the FYE 2014 balance sheet disclosure and for the calculation of FY 2015 pension expense.

**Background**

At 12/31/2013, the Company updated its mortality table for pension and other post-retirement benefits to reflect the data available on mortality trends as a whole and our own historical experience. At the time, the Society of Actuaries ("SOA") was in the process of completing a mortality study and released Scale BB as an interim measure to replace the existing Scale AA for use in projecting mortality from a base table (most commonly RP-2000 at the time). Our recent historical experience indicated modest mortality losses; that is, plan participants were living slightly longer than expected under our existing mortality assumptions and this experience appeared to be more in line with the RP-2000 base table projected using Scale BB rather than Scale AA. Therefore, for FYE 2013, we deemed it appropriate to change the pension plans' mortality assumption to the RP-2000 table projected using Scale BB.

**Analysis**

The SOA mortality study was finalized in 2014 and they published results in October 2014, which included two primary components; 1) a base table (RP-2014) that was developed using historical mortality experience from the portion of the U.S. population covered by pension plans and 2) a projection scale that anticipates future possible rates of mortality improvement beyond what has historically been observed (MP-2014). In order to take into consideration the most up to date mortality information available and the Company's own experience, we evaluated the mortality assumptions to use for FYE 2014 by evaluating the base table and the projection scale to be used independently. First, our historical experience was compared to the new information published by the SOA and we observed that our historical experience has been generally consistent with that observed by the SOA. Therefore we concluded that our base mortality table should be reflective of this new information. However, because the published RP-2014 table includes

RTN-Cruz-00001634

projections of mortality improvements based on MP-2014 (discussed in more detail below) to adjust the data from 2006 (the base year of the underlying mortality study) to the publication year, these projections through 2014 were backed out to arrive at a base table that reflects the observed data prior to any future mortality improvement projections.

Second, the Company reviewed the SOA's mortality improvement scale (MP-2014) and other potential approaches to mortality improvement to determine the appropriate mortality improvement assumption that should be applied to the base table.  As Mercer states in their "Mortality Improvement White Paper,"

> *Selecting a mortality improvement assumption presents a unique set of challenges.  While past history can be evaluated, and while that history is certainly relevant to current mortality rates, it is not necessarily indicative of the rate of future* improvement *in mortality rates.  The rate of improvement is not an observation of current conditions, but rather conjecture about how conditions will change in the future.*

It is important to note that there is not any one projection scale that is unilaterally *the* best estimate, since there are various views on the rate of future mortality improvement, with variables including medical breakthroughs, epidemics, pandemics, global warming impact and general societal trends.  Therefore the Company's evaluation of the appropriate projection scale focused on identifying an improvement scale that was no more biased than any other scale.  This is consistent with ASOP 35 that states that "A reasonable assumption is one that is…not anticipated to produce significant cumulative actuarial gains or losses over the measurement period".  While the SOA provides a projection scale (MP-2014) based on the research they conducted as a part of their study, we believe this table could potentially overstate mortality improvement since it generally assumes that the significant advances in mortality improvement that have occurred in the past 50+ years (including the introduction of Medicare), will repeat themselves in the future.

In addition, the methodology employed by the SOA anticipates further improvements in the rates of mortality improvement beyond those observed in their study.  There are varying views as to whether this will be the case and whether there will be events that could slow the rate of future mortality improvement. In particular, mortality improvement information published by the Social Security Administration subsequent to the SOA study indicates that the rates of mortality improvement during 2008-2010 have slowed significantly. Therefore, we reviewed the assumption universe for projection scales more broadly as a part of our assumption selection process.  Since we do not believe our own experience is robust enough to serve as the basis for a projection scale, we evaluated various externally developed projection scales, including:

* BB (the existing interim projection scale)

* MP-2014 (published by the SOA)

* MSS-2007 (derived from projected mortality rates published by the Social Security Administration ("SSA")

* MMP-2007 (Mercer derived variation of MP-2014)

As shown below, the Company's recent experience indicates better longevity than RP-2000 projected using Scale BB (our prior year assumption) and more closely aligns with both RP-2007 (also referred to as MRP-2007) projected using MMP-2007 and RP-2014 projected using Scale MP-2014.  The difference between these two improvement scales is insignificant for the years we compared our actual experience (2009-2012).

CONFIDENTIAL

| Overall results | | Actual | | | Table 1: RP2000, Scale BB | | | | Table 2: RP-2007, MMP2007 | | | | Table 3: RP2014, Scale MP | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Use Results? (0/1) | Year | Exposures | Deaths | Rate | Expected Deaths | Variance | Rate | Std | Expected Deaths | Variance | Rate | Std | Expected Deaths | Variance | Rate | Std |
| 1 | 2009 | 42,654 | 1,329 | 3.12% | 1,586 | 1,465 | 3.72% | 0.09% | 1,496 | 1,387 | 3.51% | 0.09% | 1,493 | 1,385 | 3.50% | 0.09% |
| 1 | 2010 | 42,570 | 1,365 | 3.21% | 1,630 | 1,501 | 3.83% | 0.09% | 1,524 | 1,411 | 3.58% | 0.09% | 1,517 | 1,404 | 3.56% | 0.09% |
| 1 | 2011 | 43,798 | 1,567 | 3.58% | 1,727 | 1,586 | 3.94% | 0.09% | 1,606 | 1,482 | 3.67% | 0.09% | 1,589 | 1,469 | 3.63% | 0.09% |
| 1 | 2012 | 45,246 | 1,584 | 3.50% | 1,828 | 1,675 | 4.04% | 0.09% | 1,693 | 1,560 | 3.74% | 0.09% | 1,664 | 1,536 | 3.68% | 0.09% |
| 4 | Total | 174,268 | 5,845 | 3.35% | 6,771 | 6,226 | 3.89% | 0.05% | 6,319 | 5,841 | 3.63% | 0.04% | 6,263 | 5,794 | 3.59% | 0.04% |

The MMP-2007 scale is an adaption of MP-2014 adjusted so that the improvement rates grade down to a 0.75% improvement rate over the 10 years from 2007 to 2017, but otherwise uses the same methodology applied in the SOA's development of MP-2014.  The ultimate rate of 0.75% is based on the long-term (after 2038) rate of improvement assumed by the SSA in its Intermediate Alternative between ages 65 and 84.  For comparison purposes, the MP-2014 scale has a 20 year grade down period to an improvement rate of 1.00%.

According to Mercer's "Mortality Improvement White Paper,"

> *We believe that using a 10-year grade down period is a reasonable approach as it is consistent with recent experience and with the historical pattern of more rapid changes in the rate of mortality improvement.  Observed improvement rates during 2000-2007 were overall quite high by historical standards between ages 65 and 84, averaging 2.09%.  MP-2014 assumes further escalation in these improvement rates to an average of 2.29% for the subsequent 8 years (2008-2015) for this same cohort despite observed improvements for the first three of these years (2008-2010) dropping to 1.59% per year.  Over the full 20-year grade down period MP-2014 assumes average annual improvements of 1.71% for this age group, which would result in an unprecedentedly long period of significant improvement.  Combining these improvements with the observed improvements from 2000-2007 results in a 28-year annual average improvement of 1.82%.  The highest rate of improvement over any historical 28-year period for this same ager group is only 1.25%, for the period 1964-1991.  By way of comparison, applying the MMP-2007 table would result in 28-year average improvement rate of 1.41% for that same period, which is still quite high by historical standards.*

The third new mortality improvement scale that we looked at was MSS-2007, which was developed by Mercer based on rates published by the SSA.  Mercer's "Mortality Improvement White Paper" goes into more detail behind the scale, but then concludes that the differences between the MMP-2007 and the SSA tables "are too small to be meaningful in the context of the degree of speculativeness of mortality improvement over the relevant projection period, and thus either could be a reasonable expectation of future mortality improvements."  If the MSS-2007 projection scale was assumed rather than MMP-2007 projection scale the impact on projected benefit obligation and service cost would be immaterial.

**Conclusion**

For Fiscal Year End 2014, the Company deems it appropriate to update the pension plans' mortality assumption to ensure that the pension obligation reflects the best estimate of anticipated future mortality experience.  Based on the above analysis, we will update the current mortality assumption to use the MRP-2007 table projected using Scale MMP-2007 as of December 31, 2014 for pension and other post-retirement benefit plans.

Now that the SOA mortality study is final, we expect that the IRS will evaluate whether to update the tables used for minimum lump sum distribution requirements under IRC 417(e).  However, the IRS has not provided guidance on what their mortality assumption for this purpose will be and when it will be effective.  Since substantially all of the Company's lump sum payments are made on a basis that significantly exceeds the 417(e) minimum lump sum requirements and there is not definitive guidance from the IRS, our mortality assumption for lump sum purposes has not been changed and any change, if made, would likely be immaterial to our financial statements.

RTN-Cruz-00001636