## UNITED STATES DISTRICT COURT
## OF MASSACHUSETTS

| | |
|---|---|
| Johnny Cruz, on behalf of himself and all others similarly situated,<br><br>     Plaintiff,<br><br>  vs.<br><br>Raytheon Company, Kelly B. Lappin, in her capacity as Plan Administrator for the Raytheon Company Pension Plan for Hourly Employees, the Raytheon Company Pension Plan for Salaried Employees, the Raytheon Non-Bargaining Retirement Plan, the Raytheon Bargaining Retirement Plan, and the Raytheon Retirement Plan for Engineers & Contractors, Inc. and Aircraft Credit Employees, and John/Jane Does 1-10,<br><br>     Defendants. | **Case No.: 1:19-cv-11425-PBS**<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>CLASS ACTION |

### PLAINTIFF'S UNOPPOSED MOTION FOR
### PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

  Plaintiff Johnny Cruz, individually and as representative of the proposed Class, moves the Court under Federal Rule of Civil Procedure 23 for an Order preliminarily approving a class action settlement agreement between Plaintiff and Defendants (collectively, "Raytheon"). Through this Motion, Plaintiff asks the Court to: (1) preliminary certify the proposed Class; (2) preliminarily appoint Plaintiff's counsel as Class Counsel; (3) preliminarily approve the proposed Settlement; (4) approve the proposed form and method of notice to the Class; and (5) schedule a final approval hearing.

In support of this Motion, Plaintiff submits the accompanying Memorandum of Law, the Declaration of Douglas P. Needham, with attached exhibits and the Declaration of Gregory Y. Porter, with attached exhibits, and all the files and proceedings herein. Raytheon does not oppose the relief that Plaintiff seeks in this Motion as a party to the proposed Settlement.

Dated: February 12, 2021

Respectfully submitted,

*/s/ Douglas P. Needham*
**IZARD, KINDALL & RAABE LLP**
Douglas P. Needham, BBO No. 671018
Robert A. Izard (admitted *pro hac vice*)
Mark P. Kindall (admitted *pro hac vice*)
29 South Main Street, Suite 305
West Hartford, CT 06107
Tel: (860) 493-6292
Fax: (860) 493-6290
Email: dneedham@ikrlaw.com
Email: rizard@ikrlaw.com
Email: mkindall@ikrlaw.com

Gregory Y. Porter (admitted *pro hac vice*)
Mark G. Boyko (admitted *pro hac vice*)
Alexandra L. Serber (admitted *pro hac vice*)
**BAILEY & GLASSER LLP**
1054 31st Street, NW, Suite 230
Washington, DC 20007
(202) 463-2101
(202) 463-2103 fax
gporter@baileyglasser.com
mboyko@baileyglasser.com
aserber@baileyglasser.com

*Counsel for Plaintiff and the Proposed Class*

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was filed with the Court and electronically served through the CM-ECF system which will send a notification of such filing to all counsel of record.

Dated: February 12, 2021

                                              */s/ Douglas P. Needham*
                                                Douglas P. Needham