**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Johnny Cruz, on behalf of himself and all others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>Raytheon Company, Kelly B. Lappin, in her capacity as Plan Administrator for the Raytheon Company Pension Plan for Hourly Employees, the Raytheon Company Pension Plan for Salaried Employees, the Raytheon Non-Bargaining Retirement Plan, the Raytheon Bargaining Retirement Plan, and the Raytheon Retirement Plan for Engineers & Contractors, Inc. and Aircraft Credit Employees, and John/Jane Does 1-10,<br><br>       Defendants. | Case No. 1:19-cv-11425-PBS |

**PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT**

Plaintiff Johnny Cruz, individually and as representative of the proposed Class, moves the Court under Federal Rule of Civil Procedure 23 for an Order finally approving a class action settlement agreement between Plaintiff and Defendants. Through this Motion Plaintiff asks the Court to: (i) grant final approval of the Settlement; (ii) grant final certification of the Class for settlement purposes; (iii) find that notice to the Class satisfied due process; and (iv) enter the proposed Order for Final Judgment and Dismissal with Prejudice of this Action.

In support of this Motion, Plaintiff submits the accompanying Memorandum of Law, the Declaration of Douglas P. Needham, with attached exhibits, and the Declaration of Gregory Y. Porter, with attached exhibit. Plaintiff also submits a proposed Order and Final Judgment.

Dated: April 16, 2021

*/s/ Douglas P. Needham*
Douglas P. Needham, BBO No. 671018
Robert A. Izard (*pro hac vice*)
Mark P. Kindall (*pro hac vice*)
**IZARD, KINDALL & RAABE LLP**
29 South Main Street, Suite 305
West Hartford, CT 06107
(860) 493-6292
(860) 493-6290 fax
dneedham@ikrlaw.com
rizard@ikrlaw.com
mkindall@ikrlaw.com

Gregory Y. Porter (*pro hac vice*)
Mark G. Boyko (*pro hac vice*)
Alexandra L. Serber (*pro hac vice*)
**BAILEY & GLASSER LLP**
1055 Thomas Jefferson Street, NW, Suite 540
Washington, DC 20007
(202) 463-2101
(202) 463-2103 fax
gporter@baileyglasser.com
mboyko@baileyglasser.com
aserber@baileyglasser.com

*Attorneys for Plaintiff and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic File (NEF) on April 16, 2021.

*/s/ Douglas P. Needham*
Douglas P. Needham