**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Johnny Cruz, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>Raytheon Company, Kelly B. Lappin, in her capacity as Plan Administrator for the Raytheon Company Pension Plan for Hourly Employees, the Raytheon Company Pension Plan for Salaried Employees, the Raytheon Non-Bargaining Retirement Plan, the Raytheon Bargaining Retirement Plan, and the Raytheon Retirement Plan for Engineers & Contractors, Inc. and Aircraft Credit Employees, and John/Jane Does 1-10,<br><br>        Defendants. | Case No. 1:19-cv-11425-PBS |

**PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, COSTS, EXPENSES AND A CASE CONTRIBUTION AWARD**

Plaintiff Johnny Cruz, individually and on behalf of all other members of the Settlement Class, hereby moves this Court for an Order awarding $8,501,751.77 in fees, $388,248.23 in litigation expenses, and a case contribution award of $10,000 to Mr. Cruz.

In support of this Motion, Plaintiff submits the accompanying Memorandum of Law, the Declarations of Douglas P. Needham and Gregory Y. Porter, and the documents attached thereto, including the Declaration of Johnny Cruz and the Declaration of Charles Silver, the Roy W. and Eugenia C. McDonald Professor of Civil Procedure at the University of Texas School of Law. Plaintiff also submits a Proposed Order and Final Judgment, which would address both this Motion and the Motion for Final Approval of Class Settlement, filed herewith.

Dated: April 16, 2021

        */s/ Douglas P. Needham*
Douglas P. Needham, BBO No. 671018
Robert A. Izard (*pro hac vice*)
Mark P. Kindall (*pro hac vice*)
**IZARD, KINDALL & RAABE LLP**
29 South Main Street, Suite 305
West Hartford, CT 06107
(860) 493-6292
(860) 493-6290 fax
dneedham@ikrlaw.com
rizard@ikrlaw.com
mkindall@ikrlaw.com

Gregory Y. Porter (*pro hac vice*)
Mark G. Boyko (*pro hac vice*)
Alexandra L. Serber (*pro hac vice*)
**BAILEY & GLASSER LLP**
1055 Thomas Jefferson Street, NW, Suite 540
Washington, DC 20007
(202) 463-2101
(202) 463-2103 fax
gporter@baileyglasser.com
mboyko@baileyglasser.com
aserber@baileyglasser.com

*Attorneys for Plaintiff and the Class*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic File (NEF) on April 16, 2021.

*/s/ Douglas P. Needham*
Douglas P. Needham