1  *in propria persona*
   Daniel Moore
2  12689 N Sleeping Coyote Drive
   Oro Valley, AZ  85755-1744
3  (520) 271-7415

4  Objector (to proposed Settlement)

## UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHNNY CRUZ, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RAYTHEON COMPANY, *et al.*,<br><br>Defendants. | CASE NO. 1:19-CV-11425<br><br>**PETITION FOR EXTENSION OF TIME (TO FILE ADDITIONAL OBJECTIONS)**<br><br>**HONORABLE PATTI B. SARIS** |

U.S. DISTRICT COURT
DISTRICT OF MASS.

2021 MAY -4 PM 1:08

FILED
IN CLERKS OFFICE

Objector, Daniel Moore, hereby submits his *Petition for Extension of Time*—to file further Objection(s) to the proposed Settlement of *Cruz v. Raytheon Co.* Specifically, Objector requests an additional ninety days (90-days) within which he and others could more fully form and support his/their objections. As already evidenced within his other simultaneous filings in this case, Objector has already solicited assistance from others to file such a petition—appropriately supported—but he is presently unaware of any sufficiently active assistance in that regard. If this *Petition* seems insufficiently supported, Objector begs the Court to relatedly reflect on all else Objector has filed in this case, as shows a real need. Specifically, please review Objector's (initial) *Objection to Proposed Settlement*, and his *Notice of Intention to Appear* at the related Final Approval Hearing.

Pursuant to 28 U.S.C § 1746, I hereby certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

RESPECTFULLY SUBMITTED (at least by USPS mail)

By: _____ 5/3/2021

Daniel Moore
12689 N Sleeping Coyote Drive
Oro Valley, AZ 85755-1744
(520) 271-7415

*pro se Objector to Proposed Settlement*

ORIGINAL of foregoing filed this
_____ day of May, 2021, with:
United States District Court
District of Massachusetts
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210-3004